UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANTHONY PAUWELS, Individually and On Behalf of All Others Similarly Situated,

                Plaintiff,

v.

BIT DIGITAL, INC., MIN HU, and ERKE HUANG,
                Defendants.
-----------------------------------------------------------x

Case No.: 1:21-cv-00515

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I am admitted or otherwise authorized to practice in this Court, and I appear in the above-captioned action on behalf of Defendants Bit Digital, Inc., Min Hu, and Erke Huang. The Entry of Appearance is made without prejudice to any motion, objection, argument or defense, including the defenses of insufficient form of process, insufficient service of process and lack of personal jurisdiction.

Dated: New York, New York
March 11, 2021

                KAGEN, CASPERSEN & BOGART PLLC

                By: /s/ Stuart Kagen
                Stuart Kagen
                757 Third Avenue, 20th Floor
                New York, New York 10017
                Telephone: (212) 880-2045
                skagen@kcbfirm.com
                *Attorneys for Defendants*