UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANTHONY PAUWELS, Individually and On
Behalf of All Others Similarly Situated,   Case No.: 1:21-cv-00515

                Plaintiff,   **Rule 7.1 Statement**

    v.

BIT DIGITAL, INC., MIN HU, and ERKE
HUANG,
                Defendants.
------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Bit Digital, Inc. certify that Bit Digital, Inc. has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
March 11, 2021

                              KAGEN, CASPERSEN & BOGART PLLC

                              By: /s/ Stuart Kagen
                              Stuart Kagen
                              Joel Taylor
                              757 Third Avenue, 20th Floor
                              New York, New York 10017
                              Telephone: (212) 880-2045
                              skagen@kcbfirm.com
                              jtaylor@kcbfirm.com
                              *Attorneys for Defendants*