UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANTHONY PAUWELS, Individually and On
Behalf of All Others Similarly Situated,   Case No.: 1:21-cv-00515

                      Plaintiff,

      v.

BIT DIGITAL, INC., MIN HU, and ERKE
HUANG,
                  Defendants.
------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I am admitted or otherwise authorized to practice in this Court, and I appear in the above-captioned action on behalf of Defendants Bit Digital, Inc., Min Hu, and Erke Huang. The Entry of Appearance is made without prejudice to any motion, objection, argument or defense, including the defenses of insufficient form of process, insufficient service of process and lack of personal jurisdiction.

Dated: New York, New York
March 11, 2021

                                                        KAGEN, CASPERSEN & BOGART PLLC

                                                        By: /s/ Joel Taylor
                                                        Joel Taylor
                                                        757 Third Avenue, 20th Floor
                                                        New York, New York 10017
                                                        Telephone: (212) 880-2045
                                                        jtaylor@kcbfirm.com
                                                        *Attorneys for Defendants*