# EXHIBIT 3

**Bit Digital, Inc.. Loss Chart**
**Class Period: December 21, 2020 through January 8, 2021**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $18.37 |
| Johnson, Andre | 1/5/2021 | 1,239.708002 | ($28.23) | ($34,996.96) | 1/5/2021 | 1,239.708002 | $27.31 | $33,856.43 | | | | |
| | 1/5/2021 | 1,103.716283 | ($29.90) | ($33,001.12) | 1/5/2021 | 1,103.716283 | $28.97 | $31,974.66 | | | | |
| | 1/8/2021 | 1,585.927090 | ($27.74) | ($43,993.62) | 1/11/2021 | 1,585.927090 | $20.50 | $32,511.51 | | | | |
| | | 3,929.351375 | | ($111,991.69) | | 3,929.351375 | | $98,342.59 | 0 | $0.0000 | ($13,649.10) | |