# EXHIBIT B



# LAWSUIT FILED WITH UPDATED CLASS PERIOD: Block & Leviton LLP Announces that it has Filed a Lawsuit Against Bit Digital, Inc. for Securities Fraud

Email    Print Friendly    Share

March 16, 2021 11:53 ET | **Source:** Block & Leviton LLP

BOSTON, March 16, 2021 (GLOBE NEWSWIRE) -- Block & Leviton LLP (**www.blockleviton.com**), a national securities litigation firm, announces that is has filed a securities class action lawsuit on behalf of shareholders against Bit Digital, Inc. (NASDAQ: BTBT) and certain of its executives. The lawsuit extends the class period in existing cases already on file. Investors who purchased BTBT shares between December 21, 2020 and January 11, 2021, and lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 398-5600, via email at **cases@blockleviton.com**, or to visit our **website** for information on the case. The deadline to seek appointment as lead plaintiff is March 22, 2021.

On January 11, 2021, analyst J Capital Research published a report alleging that Bit Digital operates a "fake crypto currency business," that is "designed to steal funds from investors." J Capital continued that although Bit Digital claims "it was operating 22,869 bitcoin miners in China," that this "is simply not possible." J Capital wrote that it "verified with local governments supposedly hosting the BTBT mining operations that there are no bitcoin miners there." J Capital alleged that "the bitcoin business BTBT discloses is completely fraudulent." The market was stunned by this report, and Bit Digital's stock price fell $6.27 in one day, or approximately 25%, to close at $18.76 on January 11, 2021.

The case, captioned *Nitcheu v. Bit Digital, Inc., et al.*, No. 1:21-cv-02262 (S.D.N.Y.), was filed in the U.S. District Court for the Southern District of New York. Additional related

cases are also on file in the same Court before the Honorable Andrew L. Carter, Jr., including *Pauwels v. Bit Digital, Inc.*, No. 1:21-cv-00515 (S.D.N.Y.), and *Yang v. Bit Digital, Inc.*, No. 1:21-cv-00721 (S.D.N.Y.). The new *Nitcheu* action extends the class period to fall between December 21, 2020 and January 11, 2021. The deadline to move for lead plaintiff is March 22, 2021.

If you purchased or acquired shares of Bit Digital between December 21, 2020 and January 11, 2021, you are strongly encouraged to contact the nationally-recognized securities law firm Block & Leviton LLP (**www.blockleviton.com**), at (617) 398-5600, via email at **cases@blockleviton.com**, or visit our **website**. The deadline to move the Court to be appointed lead plaintiff is March 22, 2021.

Block & Leviton LLP is a firm dedicated to representing investors and maintaining the integrity of the country's financial markets. The firm represents many of the nation's largest institutional investors as well as individual investors in securities litigation throughout the United States. The firm's lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:
BLOCK & LEVITON LLP
260 Franklin St., Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
Email: **cases@blockleviton.com**
SOURCE: Block & Leviton LLP
**www.blockleviton.com**

---

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2021 GlobeNewswire, Inc. All Rights Reserved.