# EXHIBIT D

# Joseph Franklin Monkam Nitcheu BTBT Loss Chart

| Class Period Start | | 12/21/2020 |
|---|---|---|
| Class Period End | | 1/11/2021 |
| Lookback Price | $ | 18.36 |

### *Class Period Transactions*

| Date | Transaction | Shares | Price Per Share | | Total | |
|---|---|---|---|---|---|---|
| 1/4/2021 | Buy | 700 | $ | 27.60 | $ | 19,320.00 |
| 1/4/2021 | Buy | 100 | $ | 27.59 | $ | 2,759.00 |
| 1/4/2021 | Buy | 100 | $ | 27.75 | $ | 2,775.00 |
| 1/4/2021 | Buy | 100 | $ | 27.79 | $ | 2,779.00 |
| 1/4/2021 | Buy | 1,000 | $ | 27.80 | $ | 27,800.00 |
| 1/4/2021 | Buy | 100 | $ | 27.80 | $ | 2,780.00 |
| 1/4/2021 | Buy | 100 | $ | 27.78 | $ | 2,778.00 |
| 1/4/2021 | Buy | 34 | $ | 27.78 | $ | 944.52 |
| 1/4/2021 | Buy | 100 | $ | 27.79 | $ | 2,779.00 |
| 1/4/2021 | Buy | 100 | $ | 27.79 | $ | 2,779.00 |
| 1/4/2021 | Buy | 366 | $ | 27.80 | $ | 10,174.80 |
| 1/4/2021 | Buy | 100 | $ | 28.37 | $ | 2,837.00 |
| 1/4/2021 | Buy | 100 | $ | 28.38 | $ | 2,838.00 |
| 1/4/2021 | Buy | 100 | $ | 28.38 | $ | 2,838.00 |
| 1/4/2021 | Buy | 10 | $ | 28.29 | $ | 282.90 |
| 1/4/2021 | Buy | 74 | $ | 28.34 | $ | 2,097.16 |
| 1/4/2021 | Buy | 35 | $ | 28.37 | $ | 992.95 |
| 1/4/2021 | Buy | 100 | $ | 28.37 | $ | 2,837.00 |
| 1/4/2021 | Buy | 100 | $ | 28.38 | $ | 2,838.00 |
| 1/4/2021 | Buy | 100 | $ | 28.38 | $ | 2,838.00 |
| 1/4/2021 | Buy | 100 | $ | 28.38 | $ | 2,838.00 |
| 1/4/2021 | Buy | 181 | $ | 28.39 | $ | 5,138.59 |
| 1/11/2021 | Buy | 100 | $ | 18.65 | $ | 1,865.00 |
| 1/11/2021 | Buy | 400 | $ | 18.66 | $ | 7,464.00 |
| 1/11/2021 | Buy | 39 | $ | 18.60 | $ | 725.40 |
| 1/11/2021 | Buy | 39 | $ | 18.63 | $ | 726.57 |
| 1/11/2021 | Buy | 100 | $ | 18.65 | $ | 1,865.00 |
| 1/11/2021 | Buy | 300 | $ | 18.66 | $ | 5,598.00 |
| 1/11/2021 | Buy | 22 | $ | 18.66 | $ | 410.52 |
| 1/11/2021 | Buy | 39 | $ | 18.71 | $ | 729.69 |
| 1/11/2021 | Buy | 39 | $ | 18.74 | $ | 730.86 |
| 1/11/2021 | Buy | 22 | $ | 18.74 | $ | 412.28 |
| 1/11/2021 | Buy | 17 | $ | 18.74 | $ | 318.58 |
| 1/11/2021 | Buy | 5 | $ | 18.75 | $ | 93.75 |
| 1/11/2021 | Buy | 14 | $ | 18.74 | $ | 262.36 |

| Date | Transaction | Shares | Price Per Share | | Total |
|---|---|---|---|---|---|
| 1/11/2021 | Buy | 286 | $ | 18.79 | $ | 5,373.94 |
| 1/11/2021 | Buy | 100 | $ | 18.76 | $ | 1,875.50 |
| 1/11/2021 | Buy | 100 | $ | 18.78 | $ | 1,878.00 |
| 1/11/2021 | Buy | 100 | $ | 18.74 | $ | 1,874.00 |
| 1/11/2021 | Buy | 100 | $ | 18.74 | $ | 1,874.00 |
| 1/11/2021 | Buy | 178 | $ | 18.79 | $ | 3,344.62 |
| 1/11/2021 | Buy | 200 | $ | 20.80 | $ | 4,160.00 |
| 1/11/2021 | Buy | 100 | $ | 20.80 | $ | 2,080.00 |
| 1/11/2021 | Buy | 100 | $ | 20.83 | $ | 2,083.00 |
| 1/11/2021 | Buy | 100 | $ | 20.83 | $ | 2,083.00 |
| 1/11/2021 | Buy | 150 | $ | 20.84 | $ | 3,126.00 |
| 1/11/2021 | Buy | 50 | $ | 20.84 | $ | 1,042.00 |
| 1/11/2021 | Buy | 44 | $ | 20.90 | $ | 919.60 |
| 1/11/2021 | Buy | 100 | $ | 20.93 | $ | 2,093.00 |
| 1/11/2021 | Buy | 500 | $ | 20.94 | $ | 10,470.00 |
| 1/11/2021 | Buy | 44 | $ | 20.90 | $ | 919.60 |
| 1/11/2021 | Buy | 50 | $ | 20.86 | $ | 1,043.00 |
| 1/11/2021 | Buy | 44 | $ | 20.90 | $ | 919.60 |
| 1/11/2021 | Buy | 54 | $ | 20.87 | $ | 1,126.98 |
| 1/11/2021 | Buy | 8 | $ | 20.91 | $ | 167.28 |
| 1/11/2021 | Buy | 20 | $ | 20.93 | $ | 418.60 |
| 1/11/2021 | Buy | 100 | $ | 20.92 | $ | 2,092.00 |
| 1/11/2021 | Buy | 100 | $ | 20.93 | $ | 2,093.00 |
| 1/11/2021 | Buy | 50 | $ | 20.91 | $ | 1,045.50 |
| 1/11/2021 | Buy | 400 | $ | 20.93 | $ | 8,372.00 |
| 1/11/2021 | Buy | 100 | $ | 20.93 | $ | 2,093.00 |
| 1/11/2021 | Buy | 5 | $ | 20.94 | $ | 104.70 |
| 1/11/2021 | Buy | 202 | $ | 20.94 | $ | 4,229.88 |
| 1/11/2021 | Buy | 300 | $ | 20.94 | $ | 6,282.00 |
| 1/11/2021 | Buy | 235 | $ | 20.94 | $ | 4,920.90 |
| 1/11/2021 | Buy | 100 | $ | 20.94 | $ | 2,094.00 |
| 1/11/2021 | Buy | 54 | $ | 20.94 | $ | 1,130.76 |
| 1/11/2021 | Buy | 100 | $ | 20.93 | $ | 2,093.00 |
| 1/11/2021 | Buy | 300 | $ | 20.93 | $ | 6,279.00 |
| 1/11/2021 | Buy | 100 | $ | 20.93 | $ | 2,093.00 |
| 1/11/2021 | Buy | 400 | $ | 20.93 | $ | 8,372.00 |
| 1/11/2021 | Buy | 20 | $ | 20.94 | $ | 418.80 |
| 1/11/2021 | Buy | 100 | $ | 20.94 | $ | 2,094.00 |
| 1/11/2021 | Buy | 65 | $ | 20.94 | $ | 1,361.10 |
| 1/11/2021 | Buy | 35 | $ | 20.94 | $ | 732.90 |
| 1/11/2021 | Buy | 65 | $ | 20.94 | $ | 1,361.10 |
| 1/11/2021 | Buy | 27 | $ | 20.94 | $ | 565.38 |
| 1/11/2021 | Buy | 7 | $ | 20.94 | $ | 146.58 |
| 1/11/2021 | Buy | 100 | $ | 20.94 | $ | 2,094.00 |

| Date | Transaction | Shares | Price Per Share | | Total |
|------|-------------|--------|-----------------|---|-------|
| 1/11/2021 | Buy | 100 | $ | 20.94 | $ | 2,094.00 |
| 1/11/2021 | Buy | 100 | $ | 20.94 | $ | 2,094.00 |
| 1/11/2021 | Buy | 100 | $ | 20.94 | $ | 2,094.00 |
| 1/11/2021 | Buy | 100 | $ | 20.94 | $ | 2,094.00 |
| 1/11/2021 | Buy | 100 | $ | 20.94 | $ | 2,094.00 |
| 1/11/2021 | Buy | 100 | $ | 20.94 | $ | 2,094.00 |
| 1/11/2021 | Buy | 100 | $ | 20.94 | $ | 2,094.00 |
| 1/11/2021 | Buy | 100 | $ | 20.94 | $ | 2,094.00 |
| 1/11/2021 | Buy | 100 | $ | 20.94 | $ | 2,094.00 |
| 1/11/2021 | Buy | 100 | $ | 20.94 | $ | 2,094.00 |
| 1/11/2021 | Buy | 100 | $ | 20.96 | $ | 2,096.00 |
| 1/11/2021 | Buy | 200 | $ | 20.97 | $ | 4,194.00 |
| 1/11/2021 | Buy | 100 | $ | 21.00 | $ | 2,100.00 |
| 1/11/2021 | Buy | 100 | $ | 20.99 | $ | 2,099.00 |
| 1/11/2021 | Buy | 171 | $ | 21.00 | $ | 3,591.00 |
| 1/11/2021 | Buy | 10,000 | $ | 21.00 | $ | 210,000.00 |
| 1/11/2021 | Buy | 100 | $ | 21.10 | $ | 2,110.00 |
| 1/11/2021 | Buy | 100 | $ | 21.07 | $ | 2,106.50 |
| 1/11/2021 | Buy | 100 | $ | 21.07 | $ | 2,107.00 |
| 1/11/2021 | Buy | 100 | $ | 21.07 | $ | 2,107.00 |
| 1/11/2021 | Buy | 500 | $ | 21.10 | $ | 10,550.00 |
| 1/11/2021 | Buy | 100 | $ | 21.06 | $ | 2,106.00 |
| 1/11/2021 | Buy | 100 | $ | 21.07 | $ | 2,107.00 |
| 1/11/2021 | Buy | 500 | $ | 21.10 | $ | 10,550.00 |
| 1/11/2021 | Buy | 100 | $ | 21.08 | $ | 2,108.00 |
| 1/11/2021 | Buy | 100 | $ | 21.09 | $ | 2,109.00 |
| 1/11/2021 | Buy | 100 | $ | 21.09 | $ | 2,109.00 |
| 1/11/2021 | Buy | 100 | $ | 21.09 | $ | 2,109.00 |
| 1/11/2021 | Buy | 100 | $ | 21.09 | $ | 2,109.00 |
| 1/11/2021 | Buy | 100 | $ | 21.09 | $ | 2,108.50 |
| 1/11/2021 | Buy | 300 | $ | 21.06 | $ | 6,318.00 |
| 1/11/2021 | Buy | 100 | $ | 21.08 | $ | 2,107.50 |
| 1/11/2021 | Buy | 100 | $ | 21.07 | $ | 2,107.00 |
| 1/11/2021 | Buy | 131 | $ | 21.06 | $ | 2,758.86 |
| 1/11/2021 | Buy | 500 | $ | 21.07 | $ | 10,535.00 |
| 1/11/2021 | Buy | 200 | $ | 21.07 | $ | 4,214.00 |
| 1/11/2021 | Buy | 269 | $ | 21.06 | $ | 5,665.14 |
| 1/11/2021 | Buy | 31 | $ | 21.06 | $ | 652.86 |
| 1/11/2021 | Buy | 69 | $ | 21.06 | $ | 1,453.14 |
| 1/11/2021 | Buy | 12 | $ | 21.07 | $ | 252.84 |
| 1/11/2021 | Buy | 10 | $ | 21.07 | $ | 210.70 |
| 1/11/2021 | Buy | 100 | $ | 21.07 | $ | 2,107.00 |
| 1/11/2021 | Buy | 100 | $ | 21.06 | $ | 2,106.00 |
| 1/11/2021 | Buy | 100 | $ | 21.06 | $ | 2,106.00 |

| Date | Transaction | Shares | Price Per Share | Total |
|---|---|---|---|---|
| 1/11/2021 | Buy | 100 | $ 21.06 | $ 2,106.00 |
| 1/11/2021 | Buy | 78 | $ 21.06 | $ 1,642.68 |
| 1/11/2021 | Buy | 54 | $ 21.07 | $ 1,137.78 |
| 1/11/2021 | Buy | 65 | $ 21.06 | $ 1,368.90 |
| 1/11/2021 | Buy | 81 | $ 21.07 | $ 1,706.67 |
| 1/11/2021 | Buy | 100 | $ 21.05 | $ 2,105.00 |
| 1/11/2021 | Buy | 100 | $ 21.06 | $ 2,105.50 |
| 1/11/2021 | Buy | 100 | $ 21.08 | $ 2,108.00 |
| 1/11/2021 | Buy | 100 | $ 21.09 | $ 2,109.00 |
| 1/11/2021 | Buy | 200 | $ 21.08 | $ 4,216.00 |
| 1/11/2021 | Buy | 100 | $ 21.08 | $ 2,108.00 |
| 1/11/2021 | Buy | 100 | $ 21.08 | $ 2,108.00 |
| 1/11/2021 | Buy | 100 | $ 21.09 | $ 2,109.00 |
| 1/11/2021 | Buy | 300 | $ 21.08 | $ 6,324.00 |
| 1/11/2021 | Buy | 600 | $ 21.09 | $ 12,654.00 |
| 1/11/2021 | Buy | 100 | $ 21.09 | $ 2,109.00 |
| 1/11/2021 | Buy | 119 | $ 21.08 | $ 2,508.52 |
| 1/11/2021 | Buy | 300 | $ 21.08 | $ 6,324.00 |
| 1/11/2021 | Buy | 181 | $ 21.08 | $ 3,815.48 |
| 1/11/2021 | Buy | 100 | $ 21.08 | $ 2,108.00 |
| 1/11/2021 | Buy | 100 | $ 21.08 | $ 2,108.00 |
| 1/11/2021 | Buy | 100 | $ 21.09 | $ 2,109.00 |
| 1/11/2021 | Buy | 200 | $ 21.10 | $ 4,219.00 |
| 1/11/2021 | Buy | 100 | $ 21.10 | $ 2,109.50 |
| 1/11/2021 | Buy | 200 | $ 21.10 | $ 4,219.00 |
| 1/11/2021 | Buy | 100 | $ 21.09 | $ 2,108.50 |
| 1/11/2021 | Buy | 100 | $ 21.10 | $ 2,110.00 |
| 1/11/2021 | Buy | 100 | $ 21.10 | $ 2,110.00 |
| 1/11/2021 | Buy | 100 | $ 21.09 | $ 2,109.00 |
| 1/11/2021 | Buy | 100 | $ 21.09 | $ 2,109.00 |
| 1/11/2021 | Buy | 66 | $ 21.10 | $ 1,392.60 |
| 1/11/2021 | Buy | 134 | $ 21.10 | $ 2,827.40 |
| 1/11/2021 | Buy | 51 | $ 21.09 | $ 1,075.59 |
| 1/11/2021 | Buy | 100 | $ 21.09 | $ 2,109.00 |
| 1/11/2021 | Buy | 400 | $ 21.10 | $ 8,440.00 |
| 1/11/2021 | Buy | 100 | $ 21.09 | $ 2,109.00 |
| 1/11/2021 | Buy | 100 | $ 21.10 | $ 2,110.00 |
| 1/11/2021 | Buy | 100 | $ 21.10 | $ 2,110.00 |
| 1/11/2021 | Buy | 100 | $ 21.09 | $ 2,109.00 |
| 1/11/2021 | Buy | 100 | $ 21.10 | $ 2,110.00 |
| 1/11/2021 | Buy | 100 | $ 21.09 | $ 2,109.00 |
| 1/11/2021 | Buy | 50 | $ 21.10 | $ 1,055.00 |
| 1/11/2021 | Buy | 50 | $ 21.10 | $ 1,055.00 |
| 1/11/2021 | Buy | 149 | $ 21.08 | $ 3,140.92 |

| Date | Transaction | Shares | Price Per Share | | Total | |
|---|---|---|---|---|---|---|
| **Total Transactions** | | 32,000 | | $ | 694,033.33 | |
| | | | | | | |
| ***Post-Class Period Transactions*** | | | | | | |
| 1/12/2021 | Sell | 100 | $ | 16.14 | $ | 1,614.00 |
| 1/12/2021 | Sell | 50 | $ | 16.14 | $ | 807.00 |
| 1/12/2021 | Sell | 50 | $ | 16.14 | $ | 807.00 |
| 1/12/2021 | Sell | 200 | $ | 16.06 | $ | 3,212.00 |
| 1/12/2021 | Sell | 100 | $ | 16.06 | $ | 1,606.00 |
| 1/12/2021 | Sell | 100 | $ | 16.06 | $ | 1,606.00 |
| 1/12/2021 | Sell | 100 | $ | 16.11 | $ | 1,611.00 |
| 1/12/2021 | Sell | 600 | $ | 16.05 | $ | 9,630.00 |
| 1/12/2021 | Sell | 325 | $ | 16.05 | $ | 5,216.25 |
| 1/12/2021 | Sell | 375 | $ | 16.05 | $ | 6,018.75 |
| 1/12/2021 | Sell | 400 | $ | 16.10 | $ | 6,440.00 |
| 1/12/2021 | Sell | 200 | $ | 16.10 | $ | 3,220.00 |
| 1/12/2021 | Sell | 100 | $ | 16.10 | $ | 1,610.00 |
| 1/12/2021 | Sell | 100 | $ | 16.10 | $ | 1,610.00 |
| 1/12/2021 | Sell | 200 | $ | 16.10 | $ | 3,220.00 |
| 1/12/2021 | Sell | 400 | $ | 16.10 | $ | 6,440.00 |
| 1/12/2021 | Sell | 100 | $ | 16.10 | $ | 1,610.00 |
| 1/12/2021 | Sell | 100 | $ | 16.10 | $ | 1,610.00 |
| 1/12/2021 | Sell | 100 | $ | 16.10 | $ | 1,610.00 |
| 1/12/2021 | Sell | 100 | $ | 16.14 | $ | 1,613.50 |
| 1/12/2021 | Sell | 100 | $ | 16.14 | $ | 1,613.50 |
| 1/12/2021 | Sell | 200 | $ | 16.10 | $ | 3,220.00 |
| 1/12/2021 | Sell | 300 | $ | 16.09 | $ | 4,827.00 |
| 1/12/2021 | Sell | 100 | $ | 16.09 | $ | 1,609.00 |
| 1/12/2021 | Sell | 100 | $ | 16.10 | $ | 1,610.00 |
| 1/12/2021 | Sell | 100 | $ | 16.10 | $ | 1,610.00 |
| 1/12/2021 | Sell | 100 | $ | 16.09 | $ | 1,609.00 |
| 1/12/2021 | Sell | 100 | $ | 16.12 | $ | 1,612.00 |
| 1/12/2021 | Sell | 100 | $ | 16.12 | $ | 1,612.00 |
| 1/12/2021 | Sell | 200 | $ | 16.10 | $ | 3,220.00 |
| 1/12/2021 | Sell | 100 | $ | 16.12 | $ | 1,612.00 |
| 1/12/2021 | Sell | 100 | $ | 16.12 | $ | 1,612.00 |
| 1/12/2021 | Sell | 100 | $ | 16.11 | $ | 1,611.00 |
| 1/12/2021 | Sell | 100 | $ | 16.10 | $ | 1,610.00 |
| 1/12/2021 | Sell | 100 | $ | 16.08 | $ | 1,608.00 |
| 1/12/2021 | Sell | 200 | $ | 16.06 | $ | 3,212.00 |
| 1/12/2021 | Sell | 100 | $ | 16.05 | $ | 1,605.00 |
| 1/12/2021 | Sell | 100 | $ | 16.05 | $ | 1,605.00 |
| 1/12/2021 | Sell | 100 | $ | 16.06 | $ | 1,606.00 |
| 1/12/2021 | Sell | 100 | $ | 16.05 | $ | 1,605.00 |
| 1/12/2021 | Sell | 100 | $ | 16.08 | $ | 1,608.00 |

| Date | Transaction | Shares | Price Per Share | | Total | |
|------|-------------|--------|-----------------|---|-------|---|
| 1/12/2021 | Sell | 300 | $ | 16.08 | $ | 4,824.00 |
| 1/12/2021 | Sell | 200 | $ | 16.08 | $ | 3,216.00 |
| 1/12/2021 | Sell | 200 | $ | 16.08 | $ | 3,216.00 |
| 1/12/2021 | Sell | 100 | $ | 16.08 | $ | 1,608.00 |
| 1/12/2021 | Sell | 200 | $ | 16.08 | $ | 3,216.00 |
| 1/12/2021 | Sell | 200 | $ | 16.08 | $ | 3,216.00 |
| 1/12/2021 | Sell | 100 | $ | 16.08 | $ | 1,608.00 |
| 1/12/2021 | Sell | 100 | $ | 16.08 | $ | 1,608.00 |
| 1/12/2021 | Sell | 100 | $ | 16.08 | $ | 1,608.00 |
| 1/12/2021 | Sell | 100 | $ | 16.08 | $ | 1,608.00 |
| 1/12/2021 | Sell | 100 | $ | 16.08 | $ | 1,608.00 |
| 1/12/2021 | Sell | 100 | $ | 16.08 | $ | 1,608.00 |
| 1/12/2021 | Sell | 200 | $ | 16.08 | $ | 3,216.00 |
| 1/12/2021 | Sell | 100 | $ | 16.08 | $ | 1,608.00 |
| 1/12/2021 | Sell | 200 | $ | 16.08 | $ | 3,216.00 |
| 1/12/2021 | Sell | 100 | $ | 16.08 | $ | 1,608.00 |
| 1/12/2021 | Sell | 100 | $ | 16.08 | $ | 1,608.00 |
| 1/12/2021 | Sell | 200 | $ | 16.08 | $ | 3,216.00 |
| 1/12/2021 | Sell | 100 | $ | 16.08 | $ | 1,608.00 |
| 1/12/2021 | Sell | 200 | $ | 16.08 | $ | 3,216.00 |
| 1/12/2021 | Sell | 200 | $ | 16.06 | $ | 3,212.00 |
| 1/12/2021 | Sell | 400 | $ | 16.06 | $ | 6,424.00 |
| 1/12/2021 | Sell | 100 | $ | 16.08 | $ | 1,608.00 |
| 1/12/2021 | Sell | 300 | $ | 16.08 | $ | 4,824.00 |
| 1/12/2021 | Sell | 100 | $ | 16.06 | $ | 1,606.00 |
| 1/12/2021 | Sell | 100 | $ | 16.06 | $ | 1,606.00 |
| 1/12/2021 | Sell | 100 | $ | 16.06 | $ | 1,606.00 |
| 1/12/2021 | Sell | 100 | $ | 16.06 | $ | 1,606.00 |
| 1/12/2021 | Sell | 62 | $ | 16.06 | $ | 995.72 |
| 1/12/2021 | Sell | 24 | $ | 16.06 | $ | 385.44 |
| 1/12/2021 | Sell | 100 | $ | 16.01 | $ | 1,601.00 |
| 1/12/2021 | Sell | 100 | $ | 16.02 | $ | 1,602.00 |
| 1/12/2021 | Sell | 100 | $ | 16.01 | $ | 1,601.00 |
| 1/12/2021 | Sell | 10 | $ | 16.01 | $ | 160.10 |
| 1/12/2021 | Sell | 176 | $ | 16.01 | $ | 2,817.76 |
| 1/12/2021 | Sell | 114 | $ | 16.01 | $ | 1,825.14 |
| 1/12/2021 | Sell | 100 | $ | 16.00 | $ | 1,600.00 |
| 1/12/2021 | Sell | 100 | $ | 16.00 | $ | 1,600.00 |
| 1/12/2021 | Sell | 100 | $ | 16.00 | $ | 1,600.00 |
| 1/12/2021 | Sell | 100 | $ | 16.00 | $ | 1,600.00 |
| 1/12/2021 | Sell | 100 | $ | 16.00 | $ | 1,600.00 |
| 1/12/2021 | Sell | 100 | $ | 16.00 | $ | 1,600.00 |
| 1/12/2021 | Sell | 24 | $ | 16.00 | $ | 384.00 |
| 1/12/2021 | Sell | 88 | $ | 16.00 | $ | 1,408.00 |

| Date | Transaction | Shares | Price Per Share | | Total |
|------|-------------|--------|---:|---|---:|
| 1/12/2021 | Sell | 86 | $ | 16.00 | $ 1,376.00 |
| 1/12/2021 | Sell | 85 | $ | 16.00 | $ 1,360.00 |
| 1/12/2021 | Sell | 100 | $ | 16.00 | $ 1,600.00 |
| 1/12/2021 | Sell | 100 | $ | 16.00 | $ 1,600.00 |
| 1/12/2021 | Sell | 180 | $ | 16.00 | $ 2,880.00 |
| 1/12/2021 | Sell | 42 | $ | 16.00 | $ 672.00 |
| 1/12/2021 | Sell | 2 | $ | 16.00 | $ 32.00 |
| 1/12/2021 | Sell | 100 | $ | 16.00 | $ 1,600.00 |
| 1/12/2021 | Sell | 10 | $ | 15.99 | $ 159.90 |
| 1/12/2021 | Sell | 200 | $ | 15.99 | $ 3,198.00 |
| 1/12/2021 | Sell | 2,600 | $ | 15.97 | $ 41,522.00 |
| 1/12/2021 | Sell | 100 | $ | 15.92 | $ 1,592.00 |
| 1/12/2021 | Sell | 100 | $ | 15.91 | $ 1,591.00 |
| 1/12/2021 | Sell | 100 | $ | 15.91 | $ 1,591.00 |
| 1/12/2021 | Sell | 83 | $ | 15.91 | $ 1,320.53 |
| 1/12/2021 | Sell | 14 | $ | 15.88 | $ 222.32 |
| 1/12/2021 | Sell | 300 | $ | 15.88 | $ 4,764.00 |
| 1/12/2021 | Sell | 30 | $ | 15.88 | $ 476.40 |
| 1/12/2021 | Sell | 26 | $ | 15.87 | $ 412.62 |
| 1/12/2021 | Sell | 100 | $ | 15.86 | $ 1,586.00 |
| 1/12/2021 | Sell | 100 | $ | 15.86 | $ 1,586.00 |
| 1/12/2021 | Sell | 100 | $ | 15.85 | $ 1,585.00 |
| 1/12/2021 | Sell | 1 | $ | 15.85 | $ 15.85 |
| 1/12/2021 | Sell | 500 | $ | 15.85 | $ 7,925.00 |
| 1/12/2021 | Sell | 30 | $ | 15.85 | $ 475.50 |
| 1/12/2021 | Sell | 10 | $ | 15.85 | $ 158.50 |
| 1/12/2021 | Sell | 5 | $ | 15.85 | $ 79.25 |
| 1/12/2021 | Sell | 10 | $ | 15.85 | $ 158.50 |
| 1/12/2021 | Sell | 73 | $ | 15.85 | $ 1,157.05 |
| 1/12/2021 | Sell | 15 | $ | 15.85 | $ 237.75 |
| 1/12/2021 | Sell | 15 | $ | 15.85 | $ 237.75 |
| 1/12/2021 | Sell | 100 | $ | 15.82 | $ 1,582.00 |
| 1/12/2021 | Sell | 100 | $ | 15.82 | $ 1,582.00 |
| 1/12/2021 | Sell | 200 | $ | 15.82 | $ 3,164.00 |
| 1/12/2021 | Sell | 900 | $ | 15.82 | $ 14,238.00 |
| 1/12/2021 | Sell | 100 | $ | 15.90 | $ 1,590.00 |
| 1/12/2021 | Sell | 700 | $ | 15.82 | $ 11,074.00 |
| 1/12/2021 | Sell | 20 | $ | 15.78 | $ 315.60 |
| 1/12/2021 | Sell | 100 | $ | 15.76 | $ 1,576.00 |
| 1/12/2021 | Sell | 175 | $ | 15.76 | $ 2,758.00 |
| 1/12/2021 | Sell | 100 | $ | 15.76 | $ 1,576.00 |
| 1/12/2021 | Sell | 100 | $ | 15.76 | $ 1,576.00 |
| 1/12/2021 | Sell | 600 | $ | 15.75 | $ 9,450.00 |
| 1/12/2021 | Sell | 200 | $ | 15.75 | $ 3,150.00 |

| Date | Transaction | Shares | Price Per Share | | Total | |
| --- | --- | ---: | --- | ---: | --- | ---: |
| 1/12/2021 | Sell | 1,195 | $ | 15.75 | $ | 18,821.25 |
| 1/12/2021 | Sell | 5 | $ | 15.75 | $ | 78.75 |
| 1/12/2021 | Sell | 100 | $ | 15.75 | $ | 1,575.00 |
| 1/12/2021 | Sell | 25 | $ | 15.75 | $ | 393.75 |
| 1/12/2021 | Sell | 1,365 | $ | 15.63 | $ | 21,334.95 |
| 1/12/2021 | Sell | 270 | $ | 15.63 | $ | 4,220.10 |
| 1/12/2021 | Sell | 300 | $ | 15.63 | $ | 4,689.00 |
| 1/12/2021 | Sell | 200 | $ | 15.63 | $ | 3,126.00 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 400 | $ | 15.65 | $ | 6,260.00 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 300 | $ | 15.65 | $ | 4,695.00 |
| 1/12/2021 | Sell | 144 | $ | 15.65 | $ | 2,253.60 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 156 | $ | 15.65 | $ | 2,441.40 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 100 | $ | 15.70 | $ | 1,570.00 |
| 1/12/2021 | Sell | 100 | $ | 15.69 | $ | 1,569.00 |
| 1/12/2021 | Sell | 100 | $ | 15.68 | $ | 1,568.00 |
| 1/12/2021 | Sell | 200 | $ | 15.67 | $ | 3,134.00 |
| 1/12/2021 | Sell | 200 | $ | 15.66 | $ | 3,132.00 |
| 1/12/2021 | Sell | 100 | $ | 15.69 | $ | 1,569.00 |
| 1/12/2021 | Sell | 100 | $ | 15.66 | $ | 1,566.00 |
| 1/12/2021 | Sell | 100 | $ | 15.67 | $ | 1,567.00 |
| 1/12/2021 | Sell | 100 | $ | 15.66 | $ | 1,566.00 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 292 | $ | 15.65 | $ | 4,569.80 |
| 1/12/2021 | Sell | 8 | $ | 15.65 | $ | 125.20 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 200 | $ | 15.62 | $ | 3,124.00 |
| 1/12/2021 | Sell | 200 | $ | 15.62 | $ | 3,124.00 |
| 1/12/2021 | Sell | 100 | $ | 15.71 | $ | 1,571.00 |
| 1/12/2021 | Sell | 200 | $ | 15.65 | $ | 3,130.00 |
| 1/12/2021 | Sell | 30 | $ | 15.63 | $ | 468.90 |
| 1/12/2021 | Sell | 100 | $ | 15.64 | $ | 1,564.00 |
| 1/12/2021 | Sell | 200 | $ | 15.62 | $ | 3,124.00 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 111 | $ | 15.65 | $ | 1,737.15 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |

| Date | Transaction | Shares | Price Per Share | | Total | |
|---|---|---|---|---|---|---|
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 89 | $ | 15.65 | $ | 1,392.85 |
| 1/12/2021 | Sell | 50 | $ | 15.65 | $ | 782.50 |
| 1/12/2021 | Sell | 250 | $ | 15.65 | $ | 3,912.50 |
| 1/12/2021 | Sell | 250 | $ | 15.65 | $ | 3,912.50 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 200 | $ | 15.65 | $ | 3,130.00 |
| 1/12/2021 | Sell | 52 | $ | 15.65 | $ | 813.80 |
| 1/12/2021 | Sell | 300 | $ | 15.65 | $ | 4,695.00 |
| 1/12/2021 | Sell | 100 | $ | 15.65 | $ | 1,565.00 |
| 1/12/2021 | Sell | 98 | $ | 15.65 | $ | 1,533.70 |
| 1/12/2021 | Sell | 99 | $ | 15.80 | $ | 1,564.20 |
| 1/12/2021 | Sell | 100 | $ | 15.80 | $ | 1,580.00 |
| 1/12/2021 | Sell | 1 | $ | 15.80 | $ | 15.80 |
| 1/12/2021 | Sell | 100 | $ | 15.82 | $ | 1,582.00 |
| 1/12/2021 | Sell | 100 | $ | 15.82 | $ | 1,582.00 |
| **Total Transactions** | | 32,000 | | | $ | 508,153.38 |

| | | | | |
|---|---|---|---|---|
| Shares Acquired During Class Period | 32,000 | | $ | 694,033.33 |
| Shares Sold After Class Period | 32,000 | | $ | 508,153.38 |
| **Total Loss (LIFO/FIFO)** | | | **$** | **(185,879.95)** |