# **EXHIBIT E**

## DECLARATION OF JOSEPH FRANKLIN MONKAM NITCHEU

I, Joseph Franklin Monkam Nitcheu, declare, under penalty of perjury of the laws of the United States of America, as follows:

1. I respectfully submit this declaration in support of my motion for consolidation, appointment as Lead Plaintiff, and approval of my selection of Block & Leviton LLP as Lead Counsel in the securities fraud class action lawsuit involving Bit Digital, Inc.

2. I am a resident of Switzerland. I hold a Bachelor of Science degree in Applied Mathematics, with a minor in Finance, from the North Carolina Agricultural and Technical State University. I also have a Master's degree in Quantitative Finance from the University of Chicago.

3. Over the last 16 years, I have worked as a Fixed Income Analyst at Public Financial Management in Chicago, Illinois, as an Associate Portfolio Manager (in Global Bonds) and PIMCO in Newport Beach, California, as the Head of Emerging Markets Debt Research at Willis Towers Watson in New York, New York, in the Structured Trading and Oil Origination Division at Vitol in London, United Kingdom, and in various investment roles at Gunvor Group, Ltd., in Geneva, Switzerland. I have over 15 years of investing experience.

4. The Certification I submit with my Motion accurately reflects my transactions in Bit Digital, Inc. shares from December 21, 2020 to present.

5. After a thorough consultation, and after considering the merits of the action against Bit Digital, Inc., I retained Block & Leviton LLP to act as my attorney and to seek lead plaintiff status in this lawsuit on my behalf.

7. I understand that if I am appointed lead plaintiff, my primary responsibilities will be overseeing Lead Counsel to ensure that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation.

8. I understand that I could have chosen to take no action and remained an absent class member. However, due to my financial losses and my desire to actively oversee this litigation, I affirmatively decided that it would be a benefit to me and the Class I seek to represent if I sought appointment as Lead Plaintiff.

9. I am committed to the zealous prosecution of this case and will remain actively involved in it, including through attendance at deposition and trial, if necessary. I understand that if appointed, I owe a fiduciary duty to all members of the putative class to provide fair and adequate representation, and to work with Lead Counsel to obtain the largest possible recovery for the class consistent with good faith and vigorous advocacy.

10. I selected Block & Leviton to represent me in this action based upon their prior experience and resources. I am confident in my ability to work with Block & Leviton to protect the interests of the Class.

11. I understand that, as a Lead Plaintiff in this action, I would be subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

12. As Lead Plaintiff, I understand that I am responsible for directing the activities of my counsel for the duration of the litigation, and that my counsel shall:

   a. Determine and present the position of the Lead Plaintiff on all matters that may arise during litigation of the action;

   b. Coordinate the initiation of and conduct discovery on behalf of the Lead Plaintiff, including the preparation of interrogatories and requests for production of documents and the examination of witnesses in depositions;

   c. Conduct settlement negotiations on behalf of the Lead Plaintiff;

Doc ID: e7695f06b7ae2ba987336e539cbcdf088af2240e

      d.      Negotiate and enter into those stipulations with opposing counsel necessary for the conduct of the litigation;

      e.      Retain expert consultants and witnesses;

      f.      Prepare and distribute periodic status reports to the Lead Plaintiff;

      g.      Maintain adequate time and disbursement records covering services as Lead Counsel; and

      h.      Perform such other duties as may be incidental to the proper and efficient coordination of the litigation or which may be authorized by further order of the Court.

Signed under penalties of perjury under the laws of the United States of America:

Date: 03 / 17 / 2021

/s/ *Joseph Monkam Nitcheu*
Joseph Franklin Monkam Nitcheu

3

Doc ID: e7695f06b7ae2ba987336e539cbcdf088af2240e