EXHIBIT A

**Bit Digital, Inc., Loss Chart**
**Class Period: December 21, 2020 through January 8, 2021**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $18.37 |
| Joseph Franklin Monkam Nitcheu | 1/4/2021 | 700 | ($27.60) | ($19,320.00) | 1/12/2021 | 100 | $16.14 | $1,614.00 | | | | |
| | 1/4/2021 | 100 | ($27.59) | ($2,759.00) | 1/12/2021 | 50 | $16.14 | $807.00 | | | | |
| | 1/4/2021 | 100 | ($27.75) | ($2,775.00) | 1/12/2021 | 50 | $16.14 | $807.00 | | | | |
| | 1/4/2021 | 100 | ($27.79) | ($2,779.00) | 1/12/2021 | 200 | $16.06 | $3,212.00 | | | | |
| | 1/4/2021 | 1,000 | ($27.80) | ($27,800.00) | 1/12/2021 | 100 | $16.06 | $1,606.00 | | | | |
| | 1/4/2021 | 100 | ($27.80) | ($2,780.00) | 1/12/2021 | 100 | $16.06 | $1,606.00 | | | | |
| | 1/4/2021 | 100 | ($27.78) | ($2,778.00) | 1/12/2021 | 100 | $16.11 | $1,611.00 | | | | |
| | 1/4/2021 | 34 | ($27.78) | ($944.52) | 1/12/2021 | 600 | $16.05 | $9,630.00 | | | | |
| | 1/4/2021 | 100 | ($27.79) | ($2,779.00) | 1/12/2021 | 325 | $16.05 | $5,216.25 | | | | |
| | 1/4/2021 | 100 | ($27.79) | ($2,779.00) | 1/12/2021 | 375 | $16.05 | $6,018.75 | | | | |
| | 1/4/2021 | 366 | ($27.80) | ($10,174.80) | 1/12/2021 | 400 | $16.10 | $6,440.00 | | | | |
| | 1/4/2021 | 100 | ($28.37) | ($2,837.00) | 1/12/2021 | 200 | $16.10 | $3,220.00 | | | | |
| | 1/4/2021 | 100 | ($28.38) | ($2,838.00) | 1/12/2021 | 100 | $16.10 | $1,610.00 | | | | |
| | 1/4/2021 | 100 | ($28.38) | ($2,838.00) | 1/12/2021 | 100 | $16.10 | $1,610.00 | | | | |
| | 1/4/2021 | 10 | ($28.29) | ($282.90) | 1/12/2021 | 200 | $16.10 | $3,220.00 | | | | |
| | 1/4/2021 | 74 | ($28.34) | ($2,097.16) | 1/12/2021 | 400 | $16.10 | $6,440.00 | | | | |
| | 1/4/2021 | 35 | ($28.37) | ($992.95) | 1/12/2021 | 100 | $16.10 | $1,610.00 | | | | |
| | 1/4/2021 | 100 | ($28.37) | ($2,837.00) | 1/12/2021 | 100 | $16.10 | $1,610.00 | | | | |
| | 1/4/2021 | 100 | ($28.38) | ($2,838.00) | 1/12/2021 | 100 | $16.10 | $1,610.00 | | | | |
| | 1/4/2021 | 100 | ($28.38) | ($2,838.00) | 1/12/2021 | 100 | $16.14 | $1,613.50 | | | | |
| | 1/4/2021 | 100 | ($28.38) | ($2,838.00) | | | | | | | | |
| | 1/4/2021 | 181 | ($28.39) | ($5,138.59) | | | | | | | | |
| | | 3,800 | | ($106,043.92) | | 3,800 | | $61,111.50 | 0 | $0.00 | ($44,932.42) | |

**Bit Digital, Inc., Loss Chart**
**Class Period: December 21, 2020 through January 11, 2021**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $18.37 |
|------|----------------|--------|-----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|-----------------------|
| Joseph Franklin Monkam Nitcheu | 1/4/2021 | 700 | ($27.60) | ($19,320.00) | 1/12/2021 | 100 | $16.14 | $1,614.00 | | | | |
| | 1/4/2021 | 100 | ($27.59) | ($2,759.00) | 1/12/2021 | 50 | $16.14 | $807.00 | | | | |
| | 1/4/2021 | 100 | ($27.75) | ($2,775.00) | 1/12/2021 | 50 | $16.14 | $807.00 | | | | |
| | 1/4/2021 | 100 | ($27.79) | ($2,779.00) | 1/12/2021 | 200 | $16.06 | $3,212.00 | | | | |
| | 1/4/2021 | 1,000 | ($27.80) | ($27,800.00) | 1/12/2021 | 100 | $16.06 | $1,606.00 | | | | |
| | 1/4/2021 | 100 | ($27.80) | ($2,780.00) | 1/12/2021 | 100 | $16.06 | $1,606.00 | | | | |
| | 1/4/2021 | 100 | ($27.78) | ($2,778.00) | 1/12/2021 | 100 | $16.11 | $1,611.00 | | | | |
| | 1/4/2021 | 34 | ($27.78) | ($944.52) | 1/12/2021 | 600 | $16.05 | $9,630.00 | | | | |
| | 1/4/2021 | 100 | ($27.79) | ($2,779.00) | 1/12/2021 | 325 | $16.05 | $5,216.25 | | | | |
| | 1/4/2021 | 100 | ($27.79) | ($2,779.00) | 1/12/2021 | 375 | $16.05 | $6,018.75 | | | | |
| | 1/4/2021 | 366 | ($27.80) | ($10,174.80) | 1/12/2021 | 400 | $16.10 | $6,440.00 | | | | |
| | 1/4/2021 | 100 | ($28.37) | ($2,837.00) | 1/12/2021 | 200 | $16.10 | $3,220.00 | | | | |
| | 1/4/2021 | 100 | ($28.38) | ($2,838.00) | 1/12/2021 | 100 | $16.10 | $1,610.00 | | | | |
| | 1/4/2021 | 100 | ($28.38) | ($2,838.00) | 1/12/2021 | 100 | $16.10 | $1,610.00 | | | | |
| | 1/4/2021 | 10 | ($28.29) | ($282.90) | 1/12/2021 | 200 | $16.10 | $3,220.00 | | | | |
| | 1/4/2021 | 74 | ($28.34) | ($2,097.16) | 1/12/2021 | 400 | $16.10 | $6,440.00 | | | | |
| | 1/4/2021 | 35 | ($28.37) | ($992.95) | 1/12/2021 | 100 | $16.10 | $1,610.00 | | | | |
| | 1/4/2021 | 100 | ($28.37) | ($2,837.00) | 1/12/2021 | 100 | $16.10 | $1,610.00 | | | | |
| | 1/4/2021 | 100 | ($28.38) | ($2,838.00) | 1/12/2021 | 100 | $16.10 | $1,610.00 | | | | |
| | 1/4/2021 | 100 | ($28.38) | ($2,838.00) | 1/12/2021 | 100 | $16.14 | $1,613.50 | | | | |
| | 1/4/2021 | 100 | ($28.38) | ($2,838.00) | 1/12/2021 | 100 | $16.14 | $1,613.50 | | | | |
| | 1/4/2021 | 181 | ($28.39) | ($5,138.59) | 1/12/2021 | 200 | $16.10 | $3,220.00 | | | | |
| | 1/11/2021 | 100 | ($18.65) | ($1,865.00) | 1/12/2021 | 300 | $16.09 | $4,827.00 | | | | |
| | 1/11/2021 | 400 | ($18.66) | ($7,464.00) | 1/12/2021 | 100 | $16.09 | $1,609.00 | | | | |
| | 1/11/2021 | 39 | ($18.60) | ($725.40) | 1/12/2021 | 100 | $16.10 | $1,610.00 | | | | |
| | 1/11/2021 | 39 | ($18.63) | ($726.57) | 1/12/2021 | 100 | $16.10 | $1,610.00 | | | | |
| | 1/11/2021 | 100 | ($18.65) | ($1,865.00) | 1/12/2021 | 100 | $16.09 | $1,609.00 | | | | |
| | 1/11/2021 | 300 | ($18.66) | ($5,598.00) | 1/12/2021 | 100 | $16.12 | $1,612.00 | | | | |
| | 1/11/2021 | 22 | ($18.66) | ($410.52) | 1/12/2021 | 100 | $16.12 | $1,612.00 | | | | |
| | 1/11/2021 | 39 | ($18.71) | ($729.69) | 1/12/2021 | 200 | $16.10 | $3,220.00 | | | | |
| | 1/11/2021 | 39 | ($18.74) | ($730.86) | 1/12/2021 | 100 | $16.12 | $1,612.00 | | | | |
| | 1/11/2021 | 22 | ($18.74) | ($412.28) | 1/12/2021 | 100 | $16.12 | $1,612.00 | | | | |
| | 1/11/2021 | 17 | ($18.74) | ($318.58) | 1/12/2021 | 100 | $16.11 | $1,611.00 | | | | |
| | 1/11/2021 | 5 | ($18.75) | ($93.75) | 1/12/2021 | 100 | $16.10 | $1,610.00 | | | | |
| | 1/11/2021 | 14 | ($18.74) | ($262.36) | 1/12/2021 | 100 | $16.08 | $1,608.00 | | | | |
| | 1/11/2021 | 286 | ($18.79) | ($5,373.94) | 1/12/2021 | 200 | $16.06 | $3,212.00 | | | | |
| | 1/11/2021 | 100 | ($18.76) | ($1,875.50) | 1/12/2021 | 100 | $16.05 | $1,605.00 | | | | |
| | 1/11/2021 | 100 | ($18.78) | ($1,878.00) | 1/12/2021 | 100 | $16.05 | $1,605.00 | | | | |
| | 1/11/2021 | 100 | ($18.74) | ($1,874.00) | 1/12/2021 | 100 | $16.06 | $1,606.00 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/11/2021 | 100 | ($18.74) | ($1,874.00) | 1/12/2021 | 100 | $16.05 | $1,605.00 |
| 1/11/2021 | 178 | ($18.79) | ($3,344.62) | 1/12/2021 | 100 | $16.08 | $1,608.00 |
| 1/11/2021 | 200 | ($20.80) | ($4,160.00) | 1/12/2021 | 300 | $16.08 | $4,824.00 |
| 1/11/2021 | 100 | ($20.80) | ($2,080.00) | 1/12/2021 | 200 | $16.08 | $3,216.00 |
| 1/11/2021 | 100 | ($20.83) | ($2,083.00) | 1/12/2021 | 200 | $16.08 | $3,216.00 |
| 1/11/2021 | 100 | ($20.83) | ($2,083.00) | 1/12/2021 | 100 | $16.08 | $1,608.00 |
| 1/11/2021 | 150 | ($20.84) | ($3,126.00) | 1/12/2021 | 200 | $16.08 | $3,216.00 |
| 1/11/2021 | 50 | ($20.84) | ($1,042.00) | 1/12/2021 | 200 | $16.08 | $3,216.00 |
| 1/11/2021 | 44 | ($20.90) | ($919.60) | 1/12/2021 | 100 | $16.08 | $1,608.00 |
| 1/11/2021 | 100 | ($20.93) | ($2,093.00) | 1/12/2021 | 100 | $16.08 | $1,608.00 |
| 1/11/2021 | 500 | ($20.94) | ($10,470.00) | 1/12/2021 | 100 | $16.08 | $1,608.00 |
| 1/11/2021 | 44 | ($20.90) | ($919.60) | 1/12/2021 | 100 | $16.08 | $1,608.00 |
| 1/11/2021 | 50 | ($20.86) | ($1,043.00) | 1/12/2021 | 100 | $16.08 | $1,608.00 |
| 1/11/2021 | 44 | ($20.90) | ($919.60) | 1/12/2021 | 100 | $16.08 | $1,608.00 |
| 1/11/2021 | 54 | ($20.87) | ($1,126.98) | 1/12/2021 | 200 | $16.08 | $3,216.00 |
| 1/11/2021 | 8 | ($20.91) | ($167.28) | 1/12/2021 | 100 | $16.08 | $1,608.00 |
| 1/11/2021 | 20 | ($20.93) | ($418.60) | 1/12/2021 | 200 | $16.08 | $3,216.00 |
| 1/11/2021 | 100 | ($20.92) | ($2,092.00) | 1/12/2021 | 100 | $16.08 | $1,608.00 |
| 1/11/2021 | 100 | ($20.93) | ($2,093.00) | 1/12/2021 | 100 | $16.08 | $1,608.00 |
| 1/11/2021 | 50 | ($20.91) | ($1,045.50) | 1/12/2021 | 200 | $16.08 | $3,216.00 |
| 1/11/2021 | 400 | ($20.93) | ($8,372.00) | 1/12/2021 | 100 | $16.08 | $1,608.00 |
| 1/11/2021 | 100 | ($20.93) | ($2,093.00) | 1/12/2021 | 200 | $16.08 | $3,216.00 |
| 1/11/2021 | 5 | ($20.94) | ($104.70) | 1/12/2021 | 200 | $16.06 | $3,212.00 |
| 1/11/2021 | 202 | ($20.94) | ($4,229.88) | 1/12/2021 | 400 | $16.06 | $6,424.00 |
| 1/11/2021 | 300 | ($20.94) | ($6,282.00) | 1/12/2021 | 100 | $16.08 | $1,608.00 |
| 1/11/2021 | 235 | ($20.94) | ($4,920.90) | 1/12/2021 | 300 | $16.08 | $4,824.00 |
| 1/11/2021 | 100 | ($20.94) | ($2,094.00) | 1/12/2021 | 100 | $16.06 | $1,606.00 |
| 1/11/2021 | 54 | ($20.94) | ($1,130.76) | 1/12/2021 | 100 | $16.06 | $1,606.00 |
| 1/11/2021 | 100 | ($20.93) | ($2,093.00) | 1/12/2021 | 100 | $16.06 | $1,606.00 |
| 1/11/2021 | 300 | ($20.93) | ($6,279.00) | 1/12/2021 | 100 | $16.06 | $1,606.00 |
| 1/11/2021 | 100 | ($20.93) | ($2,093.00) | 1/12/2021 | 62 | $16.06 | $995.72 |
| 1/11/2021 | 400 | ($20.93) | ($8,372.00) | 1/12/2021 | 24 | $16.06 | $385.44 |
| 1/11/2021 | 20 | ($20.94) | ($418.80) | 1/12/2021 | 100 | $16.01 | $1,601.00 |
| 1/11/2021 | 100 | ($20.94) | ($2,094.00) | 1/12/2021 | 100 | $16.02 | $1,602.00 |
| 1/11/2021 | 65 | ($20.94) | ($1,361.10) | 1/12/2021 | 100 | $16.01 | $1,601.00 |
| 1/11/2021 | 35 | ($20.94) | ($732.90) | 1/12/2021 | 10 | $16.01 | $160.10 |
| 1/11/2021 | 65 | ($20.94) | ($1,361.10) | 1/12/2021 | 176 | $16.01 | $2,817.76 |
| 1/11/2021 | 27 | ($20.94) | ($565.38) | 1/12/2021 | 114 | $16.01 | $1,825.14 |
| 1/11/2021 | 7 | ($20.94) | ($146.58) | 1/12/2021 | 100 | $16.00 | $1,600.00 |
| 1/11/2021 | 100 | ($20.94) | ($2,094.00) | 1/12/2021 | 100 | $16.00 | $1,600.00 |
| 1/11/2021 | 100 | ($20.94) | ($2,094.00) | 1/12/2021 | 100 | $16.00 | $1,600.00 |
| 1/11/2021 | 100 | ($20.94) | ($2,094.00) | 1/12/2021 | 100 | $16.00 | $1,600.00 |
| 1/11/2021 | 100 | ($20.94) | ($2,094.00) | 1/12/2021 | 100 | $16.00 | $1,600.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/11/2021 | 100 | ($20.94) | ($2,094.00) | 1/12/2021 | 100 | $16.00 | $1,600.00 |
| 1/11/2021 | 100 | ($20.94) | ($2,094.00) | 1/12/2021 | 24 | $16.00 | $384.00 |
| 1/11/2021 | 100 | ($20.94) | ($2,094.00) | 1/12/2021 | 88 | $16.00 | $1,408.00 |
| 1/11/2021 | 100 | ($20.94) | ($2,094.00) | 1/12/2021 | 86 | $16.00 | $1,376.00 |
| 1/11/2021 | 100 | ($20.94) | ($2,094.00) | 1/12/2021 | 85 | $16.00 | $1,360.00 |
| 1/11/2021 | 100 | ($20.94) | ($2,094.00) | 1/12/2021 | 100 | $16.00 | $1,600.00 |
| 1/11/2021 | 100 | ($20.94) | ($2,094.00) | 1/12/2021 | 100 | $16.00 | $1,600.00 |
| 1/11/2021 | 100 | ($20.96) | ($2,096.00) | 1/12/2021 | 180 | $16.00 | $2,880.00 |
| 1/11/2021 | 200 | ($20.97) | ($4,194.00) | 1/12/2021 | 42 | $16.00 | $672.00 |
| 1/11/2021 | 100 | ($21.00) | ($2,100.00) | 1/12/2021 | 2 | $16.00 | $32.00 |
| 1/11/2021 | 100 | ($20.99) | ($2,099.00) | 1/12/2021 | 100 | $16.00 | $1,600.00 |
| 1/11/2021 | 171 | ($21.00) | ($3,591.00) | 1/12/2021 | 10 | $15.99 | $159.90 |
| 1/11/2021 | 10,000 | ($21.00) | ($210,000.00) | 1/12/2021 | 200 | $15.99 | $3,198.00 |
| 1/11/2021 | 100 | ($21.10) | ($2,110.00) | 1/12/2021 | 2,600 | $15.97 | $41,522.00 |
| 1/11/2021 | 100 | ($21.07) | ($2,106.50) | 1/12/2021 | 100 | $15.92 | $1,592.00 |
| 1/11/2021 | 100 | ($21.07) | ($2,107.00) | 1/12/2021 | 100 | $15.91 | $1,591.00 |
| 1/11/2021 | 100 | ($21.07) | ($2,107.00) | 1/12/2021 | 100 | $15.91 | $1,591.00 |
| 1/11/2021 | 500 | ($21.10) | ($10,550.00) | 1/12/2021 | 83 | $15.91 | $1,320.53 |
| 1/11/2021 | 100 | ($21.06) | ($2,106.00) | 1/12/2021 | 14 | $15.88 | $222.32 |
| 1/11/2021 | 100 | ($21.07) | ($2,107.00) | 1/12/2021 | 300 | $15.88 | $4,764.00 |
| 1/11/2021 | 500 | ($21.10) | ($10,550.00) | 1/12/2021 | 30 | $15.88 | $476.40 |
| 1/11/2021 | 100 | ($21.08) | ($2,108.00) | 1/12/2021 | 26 | $15.87 | $412.62 |
| 1/11/2021 | 100 | ($21.09) | ($2,109.00) | 1/12/2021 | 100 | $15.86 | $1,586.00 |
| 1/11/2021 | 100 | ($21.09) | ($2,109.00) | 1/12/2021 | 100 | $15.86 | $1,586.00 |
| 1/11/2021 | 100 | ($21.09) | ($2,109.00) | 1/12/2021 | 100 | $15.85 | $1,585.00 |
| 1/11/2021 | 100 | ($21.09) | ($2,109.00) | 1/12/2021 | 1 | $15.85 | $15.85 |
| 1/11/2021 | 100 | ($21.09) | ($2,108.50) | 1/12/2021 | 500 | $15.85 | $7,925.00 |
| 1/11/2021 | 300 | ($21.06) | ($6,318.00) | 1/12/2021 | 30 | $15.85 | $475.50 |
| 1/11/2021 | 100 | ($21.08) | ($2,107.50) | 1/12/2021 | 10 | $15.85 | $158.50 |
| 1/11/2021 | 100 | ($21.07) | ($2,107.00) | 1/12/2021 | 5 | $15.85 | $79.25 |
| 1/11/2021 | 131 | ($21.06) | ($2,758.86) | 1/12/2021 | 10 | $15.85 | $158.50 |
| 1/11/2021 | 500 | ($21.07) | ($10,535.00) | 1/12/2021 | 73 | $15.85 | $1,157.05 |
| 1/11/2021 | 200 | ($21.07) | ($4,214.00) | 1/12/2021 | 15 | $15.85 | $237.75 |
| 1/11/2021 | 269 | ($21.06) | ($5,665.14) | 1/12/2021 | 15 | $15.85 | $237.75 |
| 1/11/2021 | 31 | ($21.06) | ($652.86) | 1/12/2021 | 100 | $15.82 | $1,582.00 |
| 1/11/2021 | 69 | ($21.06) | ($1,453.14) | 1/12/2021 | 100 | $15.82 | $1,582.00 |
| 1/11/2021 | 12 | ($21.07) | ($252.84) | 1/12/2021 | 200 | $15.82 | $3,164.00 |
| 1/11/2021 | 10 | ($21.07) | ($210.70) | 1/12/2021 | 900 | $15.82 | $14,238.00 |
| 1/11/2021 | 100 | ($21.07) | ($2,107.00) | 1/12/2021 | 100 | $15.90 | $1,590.00 |
| 1/11/2021 | 100 | ($21.06) | ($2,106.00) | 1/12/2021 | 700 | $15.82 | $11,074.00 |
| 1/11/2021 | 100 | ($21.06) | ($2,106.00) | 1/12/2021 | 20 | $15.78 | $315.60 |
| 1/11/2021 | 100 | ($21.06) | ($2,106.00) | 1/12/2021 | 100 | $15.76 | $1,576.00 |
| 1/11/2021 | 78 | ($21.06) | ($1,642.68) | 1/12/2021 | 175 | $15.76 | $2,758.00 |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| 1/11/2021 | 54 | ($21.07) | ($1,137.78) | 1/12/2021 | 100 | $15.76 | $1,576.00 |
| 1/11/2021 | 65 | ($21.06) | ($1,368.90) | 1/12/2021 | 100 | $15.76 | $1,576.00 |
| 1/11/2021 | 81 | ($21.07) | ($1,706.67) | 1/12/2021 | 600 | $15.75 | $9,450.00 |
| 1/11/2021 | 100 | ($21.05) | ($2,105.00) | 1/12/2021 | 200 | $15.75 | $3,150.00 |
| 1/11/2021 | 100 | ($21.06) | ($2,105.50) | 1/12/2021 | 1,195 | $15.75 | $18,821.25 |
| 1/11/2021 | 100 | ($21.08) | ($2,108.00) | 1/12/2021 | 5 | $15.75 | $78.75 |
| 1/11/2021 | 100 | ($21.09) | ($2,109.00) | 1/12/2021 | 100 | $15.75 | $1,575.00 |
| 1/11/2021 | 200 | ($21.08) | ($4,216.00) | 1/12/2021 | 25 | $15.75 | $393.75 |
| 1/11/2021 | 100 | ($21.08) | ($2,108.00) | 1/12/2021 | 1,365 | $15.63 | $21,334.95 |
| 1/11/2021 | 100 | ($21.08) | ($2,108.00) | 1/12/2021 | 270 | $15.63 | $4,220.10 |
| 1/11/2021 | 100 | ($21.09) | ($2,109.00) | 1/12/2021 | 300 | $15.63 | $4,689.00 |
| 1/11/2021 | 300 | ($21.08) | ($6,324.00) | 1/12/2021 | 200 | $15.63 | $3,126.00 |
| 1/11/2021 | 600 | ($21.09) | ($12,654.00) | 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/11/2021 | 100 | ($21.09) | ($2,109.00) | 1/12/2021 | 400 | $15.65 | $6,260.00 |
| 1/11/2021 | 119 | ($21.08) | ($2,508.52) | 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/11/2021 | 300 | ($21.08) | ($6,324.00) | 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/11/2021 | 181 | ($21.08) | ($3,815.48) | 1/12/2021 | 300 | $15.65 | $4,695.00 |
| 1/11/2021 | 100 | ($21.08) | ($2,108.00) | 1/12/2021 | 144 | $15.65 | $2,253.60 |
| 1/11/2021 | 100 | ($21.08) | ($2,108.00) | 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/11/2021 | 100 | ($21.09) | ($2,109.00) | 1/12/2021 | 156 | $15.65 | $2,441.40 |
| 1/11/2021 | 200 | ($21.10) | ($4,219.00) | 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/11/2021 | 100 | ($21.10) | ($2,109.50) | 1/12/2021 | 100 | $15.70 | $1,570.00 |
| 1/11/2021 | 200 | ($21.10) | ($4,219.00) | 1/12/2021 | 100 | $15.69 | $1,569.00 |
| 1/11/2021 | 100 | ($21.09) | ($2,108.50) | 1/12/2021 | 100 | $15.68 | $1,568.00 |
| 1/11/2021 | 100 | ($21.10) | ($2,110.00) | 1/12/2021 | 200 | $15.67 | $3,134.00 |
| 1/11/2021 | 100 | ($21.10) | ($2,110.00) | 1/12/2021 | 200 | $15.66 | $3,132.00 |
| 1/11/2021 | 100 | ($21.09) | ($2,109.00) | 1/12/2021 | 100 | $15.69 | $1,569.00 |
| 1/11/2021 | 100 | ($21.09) | ($2,109.00) | 1/12/2021 | 100 | $15.66 | $1,566.00 |
| 1/11/2021 | 66 | ($21.10) | ($1,392.60) | 1/12/2021 | 100 | $15.67 | $1,567.00 |
| 1/11/2021 | 134 | ($21.10) | ($2,827.40) | 1/12/2021 | 100 | $15.66 | $1,566.00 |
| 1/11/2021 | 51 | ($21.09) | ($1,075.59) | 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/11/2021 | 100 | ($21.09) | ($2,109.00) | 1/12/2021 | 292 | $15.65 | $4,569.80 |
| 1/11/2021 | 400 | ($21.10) | ($8,440.00) | 1/12/2021 | 8 | $15.65 | $125.20 |
| 1/11/2021 | 100 | ($21.09) | ($2,109.00) | 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/11/2021 | 100 | ($21.10) | ($2,110.00) | 1/12/2021 | 200 | $15.62 | $3,124.00 |
| 1/11/2021 | 100 | ($21.10) | ($2,110.00) | 1/12/2021 | 200 | $15.62 | $3,124.00 |
| 1/11/2021 | 100 | ($21.09) | ($2,109.00) | 1/12/2021 | 100 | $15.71 | $1,571.00 |
| 1/11/2021 | 100 | ($21.10) | ($2,110.00) | 1/12/2021 | 200 | $15.65 | $3,130.00 |
| 1/11/2021 | 100 | ($21.09) | ($2,109.00) | 1/12/2021 | 30 | $15.63 | $468.90 |
| 1/11/2021 | 50 | ($21.10) | ($1,055.00) | 1/12/2021 | 100 | $15.64 | $1,564.00 |
| 1/11/2021 | 50 | ($21.10) | ($1,055.00) | 1/12/2021 | 200 | $15.62 | $3,124.00 |
| 1/11/2021 | 149 | ($21.08) | ($3,140.92) | 1/12/2021 | 100 | $15.65 | $1,565.00 |
| | | | | 1/12/2021 | 100 | $15.65 | $1,565.00 |

| Date | Shares | Price | Amount |
|---|---|---|---|
| 1/12/2021 | 111 | $15.65 | $1,737.15 |
| 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/12/2021 | 89 | $15.65 | $1,392.85 |
| 1/12/2021 | 50 | $15.65 | $782.50 |
| 1/12/2021 | 250 | $15.65 | $3,912.50 |
| 1/12/2021 | 250 | $15.65 | $3,912.50 |
| 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/12/2021 | 200 | $15.65 | $3,130.00 |
| 1/12/2021 | 52 | $15.65 | $813.80 |
| 1/12/2021 | 300 | $15.65 | $4,695.00 |
| 1/12/2021 | 100 | $15.65 | $1,565.00 |
| 1/12/2021 | 98 | $15.65 | $1,533.70 |
| 1/12/2021 | 99 | $15.80 | $1,564.20 |
| 1/12/2021 | 100 | $15.80 | $1,580.00 |
| 1/12/2021 | 1 | $15.80 | $15.80 |
| 1/12/2021 | 100 | $15.82 | $1,582.00 |
| 1/12/2021 | 100 | $15.82 | $1,582.00 |

| 32,000 | ($694,033.33) | 32,000 | $508,153.38 | 0 | $0.00 | ($185,879.95) |
|---|---|---|---|---|---|---|