# EXHIBIT A

## DECLARATION OF ANDRE JOHNSON

I, Andre Johnson, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I submit this Declaration in further support of my lead plaintiff motion filed on March 22, 2021.

2. I am a resident of New York. I am a self-employed contractor. I am a high school graduate and have taken college level welding related courses. I have been investing for a few years.

3. I learned of this case after reading about it on the internet and viewing various notices issued by a number of law firms. After reviewing such notices and consulting with counsel, I ultimately decided to move forward as lead plaintiff in this action given my substantial financial interest and the merits of the action. I understood that lead plaintiff status was not required for me in order to secure a recovery.

4. Prior to agreeing to be a lead plaintiff, I was aware of the role and the obligations of a lead plaintiff including overseeing the litigation and attorneys. The losses I suffered in Bit Digital, Inc. ("Bit Digital") stock are material to me, and if appointed lead plaintiff, I am committed to prosecuting this action to maximize the recovery for all Bit Digital investors.

5. I believe The Rosen Law Firm, P.A is qualified to serve as Lead Counsel based on my research of the firm, their experience, and communications with me.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on ___4/9/2021_____          _____[signature]_____
                                              Andre Johnson