UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re Bit Digital, Inc. Securities Litigation          Case No.: 1:21-cv-00515-ALC




------------------------------------------------------------x

## **STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**

WHEREAS, Lead Plaintiff Joseph Franklin Monkam Nitcheu and Defendants Bit Digital, Inc., Min Hu, and Erke Huang (collectively, "Defendants"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on March 8, 2021, the Court entered an order (ECF No. 6) granting the parties' stipulation regarding Defendants' time to respond to the complaint, ordering that "[a]fter the Court has appointed Lead Plaintiff and Lead Counsel for the putative Class, counsel for Defendants will confer with the court-appointed Lead Counsel to establish a schedule with respect to filing an amended complaint or a consolidated amended complaint, and any responsive pleadings or motions, and will jointly submit the same to the Court";

WHEREAS, on April 29, 2021, the Court appointed Mr. Nitcheu as Lead Plaintiff and Block & Leviton LLP as Lead Counsel (ECF No. 21);

WHEREAS, in its April 29, 2021 Order, the Court ordered that the "parties shall file a joint status report proposing a schedule with respect to filing of an amended complaint or a consolidated amended complaint, and any responsive pleadings or motions by no later than May 7, 2021"; and

WHEREAS, counsel for Lead Plaintiff and Defendants have now conferred and agreed upon a schedule;

1

IT IS HEREBY STIPULATED AND AGREED, and respectfully requested among the parties, through their undersigned counsel, that the Court order:

1. Lead Plaintiff shall file an Amended Complaint within 60 days of the entry of this Stipulation by the Court;

2. Defendants shall answer or otherwise respond to the Amended Complaint 60 days after it is filed;

3. Should Defendants move to dismiss the Amended Complaint, Lead Plaintiff's opposition shall be due 30 days after the filing of Defendants' motion; and

4. Defendants' reply, if applicable, shall be filed 30 days following Lead Plaintiff's opposition.

Dated: New York, New York
May 6, 2021

| BLOCK & LEVITON LLP | KAGEN, CASPERSEN & BOGART PLLC |
|---|---|
| By: /s/ Jeffrey C. Block | By: /s/ Stuart Kagen |
| Jeffrey C. Block, Esq. | Stuart Kagen, Esq. |
| Stephen J. Teti, Esq. | Joel M. Taylor, Esq. |
| 260 Franklin Street, Suite 1860 | 757 Third Avenue, 20th Floor |
| Boston, MA 02110 | New York, New York 10017 |
| Tel. 617-398-5600 | Telephone: (212) 880-2045 |
| jeff@blockleviton.com | skagen@kcbfirm.com |
| steti@blockleviton.com | jtaylor@kcbfirm.com |
| *Lead Counsel* | *Attorneys for Defendants* |

So Ordered on this \_\_ day of _____ 2021:

_____
Hon. Andrew L. Carter, Jr.
United States District Court Judge