UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BIT DIGITAL, INC., SECURITIES LITIGATION | Case No. 1:21-cv-00515-ALC |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Joint Local Civil Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jacob A. Walker, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Lead Plaintiff Joseph Franklin Monkam Nitcheu and the class in the above-captioned action.

I am in good standing of the bar of the states of Massachusetts and California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony, nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court. An affidavit attesting to the same and a current certificate of good standing are attached pursuant to Local Civil Rule 1.3.

August 4, 2021                                      Respectfully submitted,

                                                     /s/ Jacob A. Walker
                                                     Jacob A. Walker
                                                     **Block & Leviton LLP**
                                                     260 Franklin Street, Suite 1860
                                                     Boston, Massachusetts 02110
                                                     (617) 398-5600 phone
                                                     (617) 507-6020 fax
                                                     jake@blockleviton.com

*Lead Counsel for Lead Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon its filing via this Court's CM/ECF system on this 4th day of August, 2021 to all counsel of record.

By: /s/ Jacob A. Walker
Jacob A. Walker