UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BIT DIGITAL, INC., SECURITIES LITIGATION | Case No. 1:21-cv-00515-ALC |

**AFFIDAVIT OF JACOB A. WALKER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Jacob A. Walker, being duly sworn, hereby depose and say as follows:

1. I am a partner with the law firm of Block & Leviton, LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the Commonwealth of Massachusetts and the State of California.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 1:21-cv-00515-ALC for lead plaintiff Joseph Franklin Monkam Nitcheu and the class.

1

August 4, 2021                                  Respectfully submitted,

                                                /s/ Jacob A. Walker
                                                Jacob A. Walker
                                                **Block & Leviton LLP**
                                                260 Franklin Street, Suite 1860
                                                Boston, Massachusetts 02110
                                                (617) 398-5600 phone
                                                (617) 507-6020 fax
                                                jake@blockleviton.com

**NOTARIZED**

LUCIA ALEXANDRIA STROUT
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
November 22, 2024

8/4/21