USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___08/05/2021___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BIT DIGITAL, INC., SECURITIES LITIGATION | Case No. 1:21-cv-00515-ALC |

## ORDER GRANTING ADMISSION PRO HAC VICE

The Motion of Jacob A. Walker for admission to practice *pro hac vice* in the above-captioned action is granted.

The applicant has attested that he is a member in good standing of the bar of the states of Massachusetts and California, and his contact information is as follows:

> Jacob A. Walker
> Block & Leviton LLP
> 260 Franklin Street, Suite 1860
> Boston, Massachusetts 02110
> (617) 398-5600 phone
> (617) 507-6020 fax
> jake@blockleviton.com

The applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Joseph Franklin Monkam Nitcheu and the class in the above-captioned action;

**IT IS HEREBY ORDRED** that Jacob A. Walker is admitted *pro hac vice*, to appear and practice before this Court as counsel for Joseph Franklin Monkam Nitcheu and the class in the above-captioned action pending in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 5, 2021
New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge