UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BIT DIGITAL, INC., SECURITIES LITIGATION | Case No. 1:21-cv-00515-ALC |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that I am admitted to practice in this Court, and I appear in the above-captioned action on behalf of Lead Plaintiff Franklin Monkam Nitcheu and the class.

August 10, 2021

Respectfully submitted,

/s/ Nathaniel Silver
Nathaniel Silver
**Block & Leviton LLP**
260 Franklin Street, Suite 1860
Boston, Massachusetts 02110
(617) 398-5600 phone
(617) 507-6020 fax
nate@blockleviton.com

*Lead Counsel for Lead Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon its filing via this Court's CM/ECF system on this 10th day of August, 2021 to all counsel of record.

By: /s/ Nathaniel Silver
Nathaniel Silver