phone: 617-398-5600 | email: jeff@blockleviton.com

September 13, 2021

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *In re Bit Digital, Inc. Securities Litigation* (1:21-cv-00515-ALC)

Dear Judge Carter:

      We represent Lead Plaintiff Joseph Franklin Monkam Nitcheu ("Plaintiff") in the above-referenced action. Lead Plaintiff writes to advise the Court and Defendants that Plaintiff does not intend to file an amended pleading based on Defendants' pre-motion letter.

      Respectfully submitted,

      */s/ Jeffrey C. Block*

      Jeffrey C. Block
      Jacob A. Walker (*pro hac vice*)
      Nathaniel Silver
      **Block & Leviton LLP**
      260 Franklin Street, Suite 1860
      Boston, MA 02110
      Tel: (617) 398-5600
      Fax: (617) 507-6020
      jeff@blockleviton.com
      jake@blockleviton.com
      nate@blockleviton.com

      *Lead Counsel for Lead Plaintiff and the Class*

BLOCK & LEVITON LLP

260 Franklin Street, Suite 1860 • Boston, Massachusetts 02110
P 617-398-5600 • F 617 507 6020