UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE BIT DIGITAL, INC. SECURITIES LITIGATION | Case No. 1:21-cv-00515-ALC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I am admitted or otherwise authorized to practice in this Court, and I appear in the above-captioned action on behalf of Defendants Bit Digital, Inc., Min Hu, and Erke Huang.

Dated: New York, New York
September 21, 2021

Respectfully submitted,

By: /s/*Christopher B. Greene*
Christopher B. Greene
KAGEN, CASPERSEN & BOGART PLLC
757 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 880-2045
cgreene@kcbfirm.com

*Attorneys for Defendants*