UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Bit Digital, Inc. Securities Litigation | Master File No. 1:21-cv-00515-ALC |
|---|---|
| This Document Relates To:<br>All Actions | |

**MOTION TO WITHDRAW AS COUNSEL**

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4, James M. LoPiano, counsel for Plaintiff Zhongxun Yang, respectfully requests that the Court order his withdrawal from the above-captioned matter, as he will no longer be associated with Pomerantz LLP, effective October 2, 2021.  Pomerantz LLP, 600 Third Avenue, New York, New York 10016, will continue to represent Plaintiff Zhongxun Yang in this matter.  James M. LoPiano is not retaining or charging a lien.  This withdrawal will cause no prejudice to any other party, or to the Court, and should be granted.

Dated: September 24, 2021                                   Respectfully submitted,

**POMERANTZ LLP**

/s/ James M. LoPiano
James M. LoPiano
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jlopiano@pomlaw.com

*Counsel for Plaintiff Zhongxun Yang*