USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/18/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE BIT DIGITAL, INC., SECURITIES LITIGATION** | 21-cv-00515 (ALC)<br><br>**ORDER SETTING CONFERENCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' pre-motion conference letters concerning Defendant's anticipated motion to dismiss. ECF Nos. 28-31, 35. Defendant's request is hereby **GRANTED**. The Court will hold a pre-motion conference on **Friday, October 29, 2021 at 11:30AM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:   October 18, 2021
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**