**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————— x
:
IN RE BIT DIGITAL, INC. SECURITIES :
LITIGATION : Index No. 21-cv-00515 (ALC)
:
Pertains to All Associated Actions : Oral Argument Requested
:
:
——————————————————————— :
x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration

of Joel M. Taylor, Defendants will this Court before the Honorable Andrew L. Carter, Jr. at the

United States District Court for the Southern District of New York, at the United States

Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be set by the

Court, for an order, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), dismissing

Plaintiffs' consolidated class action complaint in its entirety with prejudice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's order at the parties'

October 29, 2021 telephone conference, answering papers, if any, shall be served no later than

December 10, 2021, with any reply papers in further support of this Motion to be served no later

than December 17, 2021.

Dated: New York, New York         KAGEN, CASPERSEN & BOGART PLLC
November 19, 2021                 By: /s/ Stuart Kagen
                                  Stuart Kagen
                                  Joel M. Taylor
                                  Christopher B. Greene
                                  757 Third Avenue, 20th Floor
                                  New York, New York 10017
                                  Telephone: (212) 880-2045
                                  skagen@kcbfirm.com
                                  jtaylor@kcbfirm.com
                                  cgreene@kcbfirm.com

                                  *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on November 19, 2021, I electronically filed the foregoing document with the clerk of the Court using the ECF system. The ECF system will send notification of the filing to all attorneys of record.


<u>s/ *Christopher Greene*</u>
Christopher Greene