UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
                                                                 :

IN RE BIT DIGITAL, INC. SECURITIES      :
LITIGATION                                        :    Index No. 21-cv-00515 (ALC)
                                                                  :
Pertains to All Associated Actions              :    Oral Argument Requested
                                                                  :
———————————————————————— x

## **NOTICE OF MOTION**

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Joel M. Taylor, Defendants will this Court before the Honorable Andrew L. Carter, Jr. at the United States District Court for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be set by the Court, for an order, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), dismissing Plaintiffs' consolidated class action complaint in its entirety with prejudice.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's order at the parties' October 29, 2021 telephone conference, answering papers, if any, shall be served no later than December 10, 2021, with any reply papers in further support of this Motion to be served no later than December 17, 2021.

Dated: New York, New York                            KAGEN, CASPERSEN & BOGART PLLC
November 19, 2021                                            By: /s/ *Stuart Kagen*
                                                                        Stuart Kagen
                                                                        Joel M. Taylor
                                                                        Christopher B. Greene
                                                                        757 Third Avenue, 20th Floor
                                                                        New York, New York 10017
                                                                        Telephone: (212) 880-2045
                                                                        skagen@kcbfirm.com
                                                                        jtaylor@kcbfirm.com
                                                                        cgreene@kcbfirm.com

                                                                        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 10, 2021, I electronically filed the foregoing document with the clerk of the Court using the ECF system. The ECF system will send notification of the filing to all attorneys of record.

                                              s/ *Christopher Greene*
                                              Christopher Greene