UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
IN RE BIT DIGITAL, INC. SECURITIES :
LITIGATION : Index No. 21-cv-00515 (ALC)
:
Pertains to All Associated Actions :
:
:
---------------------------------------------------------------x

## DECLARATION OF JOEL M. TAYLOR, ESQ.

I am an attorney with the law firm of Kagen, Caspersen & Bogart PLLC, counsel for Defendants in the above-captioned action. I respectfully submit this Declaration in support of Defendants' motion to dismiss.

1. Attached as Exhibit A is a true and correct copy of the Transcript of Telephone Conference, dated October 29, 2021.

2. Attached as Exhibit B is a true and correct copy of a December 4, 2019 Form 6-K filed by Golden Bull Limited.[1]

3. Attached as Exhibit C is a true and correct copy of a January 8, 2020 Form 6-K filed by Golden Bull Limited.

4. Attached as Exhibit D is a true and correct copy of an April 24, 2020 Form 6-K filed by Golden Bull Limited.

5. Attached as Exhibit E is a true and correct copy of a May 15, 2020 Form 6-K filed by Golden Bull Limited.

---

[1] Golden Bull Limited was the name under which Defendant Bit Digital, Inc. filed its SEC reports until September 14, 2020.

6. Attached as Exhibit F is a true and correct copy of the Annual Report for Golden Bull Limited for the year ended December 31, 2019.

7. Attached as Exhibit G is a true and correct copy of the December 18, 2020 press release titled "Bit Digital, Inc. Announces the Third Quarter of Fiscal Year 2020 Financial Results."

8. Attached as Exhibit H is a true and correct copy of a September 29, 2021 Form 6-K filed by Bit Digital, Inc.

9. Attached as Exhibit I is a true and correct copy of a December 16, 2020 Form 6-K filed by Bit Digital, Inc.

10. Attached as Exhibit J is a true and correct copy of the Annual Report for Golden Bull Limited for the year ended December 31, 2018.

11. Attached as Exhibit K is a true and correct copy of the *Securities and Exchange Commission v. China Valves Technology, Inc., et al.,* Civil Action No. 1:14-cv-01630 Complaint dated September 29, 2014.

Dated: New York, New York
November 19, 2021

By: /s/ *Joel Taylor*

Joel M. Taylor
KAGEN, CASPERSEN & BOGART PLLC
757 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 880-2045
skagen@kcbfirm.com
jtaylor@kcbfirm.com
cgreene@kcbfirm.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 10, 2021, I electronically filed the foregoing document with the clerk of the Court using the ECF system. The ECF system will send notification of the filing to all attorneys of record.

                   s/ *Christopher Greene*
                   Christopher Greene