```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/20/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE BIT DIGITAL, INC., SECURITIES LITIGATION**

**21-cv-00515 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the Defendants' letter requesting an extension of time to reply to Plaintiffs' memorandum. The Court regretfully was unable to address the request prior to the deadline. Should they choose to do so, Defendants are hereby granted leave to refile their submissions on or before **January 7, 2022.**

**SO ORDERED.**

Dated: December 20, 2021
    New York, New York

                    */s/ Andrew L. Carter, Jr.*
                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**