**KAGEN, CASPERSEN & BOGART PLLC**
ATTORNEYS ADMITTED IN NEW YORK, NEW JERSEY AND CALIFORNIA

757 THIRD AVENUE, 20TH FLOOR
NEW YORK, NEW YORK 10017
(212) 880-2045
(646) 304-7879 (FACSIMILE)

December 23, 2021

<u>By ECF Filing</u>
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 13067
New York, NY 10007

    Re:    <u>In re Bit Digital, Inc. Securities Litig.</u> (1:21-cv-00515-ALC)

Dear Judge Carter:

    I write on behalf of Defendants in the above-referenced matter to inform the Court that they intend to accept the Court's offer to re-file their reply brief by January 7, 2021, *see* Dkt. No. 47, and to request a five-page enlargement of their page limit.

    We have conferred with Plaintiffs, and they do not oppose this request.

                              Respectfully Submitted,

                              *Stuart Kagen/CBG*

                              Stuart Kagen