### KAGEN, CASPERSEN & BOGART PLLC
ATTORNEYS ADMITTED IN NEW YORK, NEW JERSEY AND CALIFORNIA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  1/4/2022

757 THIRD AVENUE, 20TH FLOOR
NEW YORK, NEW YORK 10017
(212) 880-2045
(646) 304-7879 (FACSIMILE)

December 23, 2021

MEMO ENDORSED

By ECF Filing
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 13067
New York, NY 10007

Re:   *In re Bit Digital, Inc. Securities Litig.* (1:21-cv-00515-ALC)

Dear Judge Carter:

I write on behalf of Defendants in the above-referenced matter to inform the Court that they intend to accept the Court's offer to re-file their reply brief by January 7, 2021, *see* Dkt. No. 47, and to request a five-page enlargement of their page limit.

We have conferred with Plaintiffs, and they do not oppose this request.

Respectfully Submitted,

*Stuart Kagen/CBG*

Stuart Kagen

SO ORDERED:

*Andrew T. Carter*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated:1/4/2022

1