UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
IN RE BIT DIGITAL, INC. SECURITIES :
LITIGATION : Index No. 21-cv-00515 (ALC)
:
Pertains to All Associated Actions :
:
:
---------------------------------------------------------------x

## DECLARATION OF STUART KAGEN, ESQ.

I, Stuart Kagen, hereby declare as follows:

1. I am an attorney of the firm of Kagen, Caspersen & Bogart PLLC, counsel for Defendants in this matter.

2. I am submitting this Declaration in further support of Defendants' motion to dismiss.

3. Attached as Exhibit A is a true and correct copy of a screen shot from the ICRIS CSC Companies Registry for the government of the Hong Kong Special Administrative Region, which can be accessed at https://www.icris.cr.gov.hk/csci/ (the "Hong Kong Companies Registry").

4. Attached as Exhibit B is a true and correct copy of the results of a company name search for the name "XMAX" run in Hong Kong Companies Registry.

5. Attached as Exhibit C is a true and correct copy of the results of a company name search for the name "XMAX Foundation PTE. Ltd." run in the Singapore Business Directory, which can be accessed at https://recordowl.com.

6. Attached as Exhibit D is a true and correct copy of a "profile" for a digital token called "XMAX," which is available at https://isthiscoinascam.com/check/xmax.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 7, 2022 in New York, New York.

<u>/s/ *Stuart Kagen*</u>
Stuart Kagen

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 7, 2022, I electronically filed the foregoing document with the clerk of the Court using the ECF system. The ECF system will send notification of the filing to all attorneys of record.

                                      s/ *Stuart Kagen*
                                        Stuart Kagen, Esq.