# EXHIBIT A



www.icris.cr.gov.hk says

'Alt' key is disabled!
不可使用 'Alt' 鍵!
不可使用 'Alt' 鍵!

OK

Search ▾    Pro

Welcome!                                                                    :00

## Company Name Search

Your Search: LEFT PARTIAL match with 'bit digital hong kong limited' , CR No.: = 2669638

| | |
|---|---|
| CR No.: | 2669638 |
| Company Name: | Bit Digital HongKong Limited |
| Company Type: | Private company limited by shares |
| Date of Incorporation: | 21-MAR-2018 |
| Active Status: | Live |
| Remarks: | - |
| Winding Up Mode: | - |
| Date of Dissolution / Ceasing to Exist: | - |
| Register of Charges: | Unavailable |
| Important Note: | - |

**Name History**

| Effective Date | Name Used |
|---|---|
| 04-FEB-2021 | Bit Digital HongKong Limited |
| 21-MAR-2018 | XMAX CHAIN LIMITED |

Please select if you want to perform other searches or order other products for this company:
Image Record (including Document Index) ▾  | GO |

**Please select the Order Type:**

 Order certified screen print      HK$140.00 plus additional handling charges for different delivery mode(*)

(*) Additional handling charges for different delivery mode will be shown when check out shopping cart.

| Back |

Back to top
ICRIS_Ver_1_0_6_Build_06_12
ICRIS CSC Companies Registry, The Government of the Hong Kong Special Administrative Region.