# EXHIBIT B



| Search ▾ | Product ▾ | Shopping ▾ | About e-Search ▾ | Logout |
|----------|-----------|------------|-------------------|--------|

Welcome!                                         **System Clock:** 17-DEC-2021 03:50:02 GMT +0800



## Company Name Search

**Attention:**
Pursuant to section 100(2)(c) of the Companies Ordinance (Chapter 622, Laws of Hong Kong), registration of a company name which is identical to a name on the list of old company names at name_list_section 100(2)(c).pdf will NOT be approved except with the consent of the Registrar of Companies. To complete the search on company names, please also check the intended name against the list.


Your Search: LEFT PARTIAL match with 'XMAX'

Search Language: English

### Company Name Search Result

Displaying: Record 1 to 9 of 9 records. Jump to page 1 ▾ of 1

You may click the company name to display the Company Basic Information.
Name Type: 1-Corporate name; 2-Other corporate name; 3-Approved name for carrying on business in H.K.

| No. | CR No. | Company Name | Name Type (for registered non-Hong Kong company) | Name Status | Company Active Status |
|-----|--------|--------------|----------------------------------------------------|-------------|------------------------|
| 1 | 2669638 | XMAX CHAIN LIMITED | - | Old | Live |
| 2 | 2137182 | XMax Company Limited | - | Current | Live |
| 3 | 2081545 | XMAX (HONGKONG) FOODS LIMITED | - | Current | Dissolved |
| 4 | 0809755 | X-MAX INTERNATIONAL LIMITED | - | Current | Dissolved |
| 5 | 1828199 | XMAX INTERNATIONAL TRADING GROUP LIMITED | - | Current | Dissolved |
| 6 | 1628263 | XMAX LIGHTING (HK) CO., LIMITED | - | Current | Dissolved |
| 7 | 1594995 | X-MAX MACHINERY & ELECTRONICS CO., LIMITED | - | Current | Live |
| 8 | 2087898 | Xmax product house Limited | - | Current | Dissolved |
| 9 | 2559223 | XMAX TRADE LIMITED | - | Current | Dissolved |

### END OF RECORD

**Please select the Order Type:**

Order certified screen print     HK$140.00 plus additional handling charges for different delivery mode(*)

(*) Additional handling charges for different delivery mode will be shown when check out shopping cart.

Back to top
ICRIS_Ver_1_0_6_Build_06_12

ICRIS CSC Companies Registry, The Government of the Hong Kong Special Administrative Region.