# EXHIBIT C

🔍 Search Business Name                                                                    ☰



# XMAX FOUNDATION PTE. LTD.
DEVELOPMENT OF OTHER SOFTWARE AND PROGRAMMING ACTIVITIES N.E.C.

## General Information
Personal details and application.

**Registration Number**
201817716E

**Address**
2 VENTURE DRIVE, #11-31, VISION EXCHANGE, Singapore 608526

**Operating Status**
Live Company

**Company Age**
3 years, 6 months and 23 days

**Number of Officers**
4

**Former Company Name**
XMAX FOUNDATION PTE. LTD.

**Description**
XMAX FOUNDATION PTE. LTD. (the "Company") The Company is a EXEMPT PRIVATE COMPANY LIMITED BY SHARES and it's current status is Live Company.

The company was registered / incorporated on 23 May 2018 (Wednesday), 3 years ago with a paid up capital of $100

The address of this company registered office is 2 VENTURE DRIVE, #11-31, VISION EXCHANGE, Singapore 608526 located at GOLDEN MILE COMPLEX

⌄

## Get Paid To Write
Learn Step-by-Step How To Write And Earn A Nice Check, No Experience Nee
Start Now

The Barefoot Writer

The company principal activity is DEVELOPMENT OF OTHER SOFTWARE AND PROGRAMMING ACTIVITIES N.E.C..

The company secondary activity is MANAGEMENT CONSULTANCY SERVICES (GENERAL).

## Full Season Management
[New Jersey Pool Management & St...](#)



### Category / Industry

**Primary SSIC Code**
62019

**Primary Industry Classification**
DEVELOPMENT OF OTHER SOFTWARE AND PROGRAMMING ACTIVITIES N.E.C.

**Secondary SSIC Code**
70201

**Secondary Industry Classification**
MANAGEMENT CONSULTANCY SERVICES (GENERAL)

## Get Paid To Write
Learn Step-by-Step How To Write And Earn A Nice Check, No Experience Nee Start Now

The Barefoot Writer

| Request For Information | Free |
|---|---|

We will seek for the information based on request demand through multiple methods.
There are currently 0 request.

## Entity Type

**Official Entity Type**
Exempt Private Limited Company

## Company Share Holding Structure                    Login For More

| SHARE TYPE | SHARE | SHARE CURRENCY |
|---|---|---|
| Ordinary |  | SGD |



Get Paid To Write

Learn Step-by-Step How To Write And Earn A Nice Check,
No Experience Needed. Start Now

The Barefoot Writer



Get Paid To Write

Learn Step-by-Step How To Write And Earn A Nice Check, No Experience Needed.
Start Now

The Barefoot Writer

**PAYEP TECHNOLOGY PTE. LTD.**
2 VENTURE DRIVE, #11-31, VISION EXCHANGE, Singapore 608526

**GLOBAL DIGITAL TOKEN FOUNDATION LTD.**
2 VENTURE DRIVE #11-31 VISION EXCHANGE SINGAPORE 608526

**KNOTICA PRIVATE LIMITED**
2 VENTURE DRIVE, #14-02, VISION EXCHANGE, SINGAPORE 608526

**AT J SALON**
2 VENTURE DRIVE, #01-32, VISION EXCHANGE, SINGAPORE 608526

## Other Information

**Unique Entity Number (UEN)**
201817716E

**Annual Return Date**
12 June 2020

**Paid-up Capital**
$100

**Number of Charges / Offenses**

### Get Paid To Write
Learn Step-by-Step How To Write And Earn A Nice Check, No Experience Nee Start Now
The Barefoot Writer

| Auditor |
| --- |
| - |

| Fiscal Period |
| --- |
|  |



## Timeline

| Company Founded | 23 May 2018 |
| --- | --- |

| Address Changed From | 20 Dec 2020 |
| --- | --- |

5001 BEACH ROAD #08-11 GOLDEN MILE COMPLEX SINGAPORE 199588
**To**
2 VENTURE DRIVE, #11-31, VISION EXCHANGE, Singapore 608526

### Get Paid To Write

Learn Step-by-Step How To Write And Earn A Nice Check, No Experience Needed. Start Now

The Barefoot Writer

Learn Step-by-Step How To Write And Earn A Nice Check, No Expe
Start Now

The Barefoot Writer

## Social Media

XMAX FOUNDATION PTE. LTD. currently does not have any social media presence online.

© RecordOwl.com

### Get Paid To Write

Learn Step-by-Step How To Write And Earn A Nice Check, No Experience Nee
Start Now

The Barefoot Writer