EXHIBIT D

PROFILE / XMAX



NGC   XMX   ANC



**XMAX PROFILE** (XMX)
Score: 3.89 | Poor

Adventurous   Nano Cap

 H Y D R A

HYDRA Outperformed
BTC by 10x in 2021

Stake Now

## Project Safety Score

Tue, Dec 14, 2021 3:39 AM



| | |
|---|---|
| Score | 3.89 |
| Rating | Poor |
| Market Cap | $1402160.1970786 |
| 24hr Volume | $226973.63361386 |
| Price | $7.4794086991729E-5 |

| 2.7 | 3.5 | 4.57 | 0.68 |
|---|---|---|---|
| DEVELOPMENT | SENTIMENT | COMMUNITY | AWARENESS |

| 6 | 1.8 |
|---|---|
| CREDIBILITY | VOLUME |

VOTE   REVIEW   BULL/BEAR   WATCH   PREDICT   REPORT   SHARE   LOGIN

Project Details   Contracts   Project Statement   Full Report   Red Flags

**NAME**          **TYPE**          **PLATFORM**
XMax            token           Ethereum

XMax is an all-in-one development ecosystem which makes it easier for entertainment industry developers to create DAPPs. We believe in the future of blockchain technology and know that by providing developers with a set of easy to use tools and the knowledge to use them we can share blockchain applications with a global user base. XMax is a blockchain and developer ecosystem for building decentralized games and entertainment DAPPs. Our blockchain supports game developers with a high TPS mainchain and integrated sidechains for transaction-intensive DAPPs. XMax Includes: Game & Entertainment DAPP SDK, APIs, Smart Contract and DAPP Templates, 3D Game Engine, Developer Docs & Education. With XMax developers can program complex DAPPs (Blockchain APPs) using WebX.js, a JavaScript type language which our team created to simplify blockchain programming. With WebX.js developers can focus more on creating great applications and less on blockchain infrastructure. Once a DAPP has been created, users will be able to easily download it from the XMX APP Store. We make this experience as simple as opening your phone. XMax is a decentralized ecosystem which allows DAPP developers to involve users in the design process and via Asset Tokens crowdfund the development of their projects. We believe the future of blockchain technology belongs to developers and users.

Read more in the whitepaper:

⚠ whitepaper not submitted

**PROJECT LINKS**                    **SOCIALS**

**WEBSITE**                         coinmarketcap   coingecko   twitter   reddit

https://www.xmx.com                 medium   facebook   github   telegram

 
CRYPTO$LOTS   25 FREE JACKPOT SPINS   PLAY NOW

KEYWORDS

[media] [content creation] [gaming]
[entertainment]

TECHNOLOGIES

[Ethereum]

FEATURES

⚠ no items submitted

---

⚠ no trading view xmax chart submitted

---

**XMax Exchanges**

[huobi global] [hotbit]

**XMax Explorers**

[ethplorer] [etherscan]

---



**MEMBER RATINGS** (XMX)

**3**/5 ★★★★★ 2 reviews

Ratings and reviews left by our members do not impact the profile score.

[ SIGN IN TO REVIEW AND REPLY ]

---

**Xmax**   1 year ago

★★★★★ (This is in reply to Sidney Shaw's comment/review) [Post from XMAX] it's great to see your interest in the project, let's go through these points one by one: Xmax (XMX) was a gaming backed platform token: XMAX was originally an entertainment blockchain project. We provided a 2D/3D game engine to use with blockchain games, a wallet app, launched a test net, posted on Git Hub, and explored partnerships with major gaming companies, etc. Our background was in online gaming, so it was a good fit for the project professionally. Literally gave up overnight and became a mining backed token: To offer the kind of blockchain gaming experiences that people want, we believe we still need to see the efficiency and the adoption of the technology grow some more. There are already great projects in the gaming arena, such as Enjin and LOOM. However, the industry still needs to push things further before the market is ready for larger-scale blockchain gaming experiences close to what we have in traditional games. So when cryptocurrencies crashed in 2018, we had a tough choice to make, and instead of risk closing the project, we started working on an area of Blockchain that is mature and generates revenue, Bitcoin Mining. Mining allowed us to use our corporate operations experience to build a large network of miners, develop mining apps, and even help other companies mine. Where are the miners backing the XMAX Token: The project directly had over 30,000 miners at one point that were verified by a 3rd-party auditing company (Standard and Consensus), we also helped partners mine Bitcoin the number of miners operated for our partners is even larger than the project mining activity. We posted videos of the process, you can go on our YouTube channel and watch team members discuss the mines, see the mines and there were even live streams of us visiting mines in various places in China, (Lan Zhou, and Inner Mongolia mostly, but a lot of mining happens in Sichuan also). https://www.youtube.com/channel/UCjbVJL9XshG4OybUMynK9ig https://twitter.com/xmax_xmx At one point, we were using newly mined Bitcoin from our project miners to repurchase project tokens. These purchases were done through verifiable token burn addresses and could be tracked on our announcements. After mining revenue slowed with a fall in the price of BTC, we shifted our focus to using XMX to enable partners to mine more effectively, specifically using it in miner management applications like (https://handymining.io) and in our mining pool which is a partnership with HuoBi (https://xmx.pool.com). I asked Bitmain, however they are not involved even though the XMAX website uses their logo: We are large clients of Bitmain, both as a company and through our mining operation partners, we have purchased and purchase large quantities of miners from them. If you have questions you can contact us directly and we'll provide you with the contact for our account manager. We also clients of MicroBT. Bitmain makes great miners and we'd be glad to offer their miners to our clients. No team, just a hidden foundation: Our foundation is in Singapore (XMAX FOUNDATION PTE LTD.) and can be searched online. We are currently in the process of sharing information on some of our major shareholders. And for the team, if you've followed our project through the years, you'll see that we even went on National Television in Korea (back when we were an entertainment project with some of our team members). Further, we continue to manage miners, develop our app (https://handymining.io), work on our mining pool (https://xmx.pool.com), and continue developing the project, so it's essential to have a team for this. From the Chinese language in your Reddit post you're likely familiar with projects that have operations in China, most blockchain projects with offices or operations in China do not have many public team members. As a mining company, we have some mining operations in China and hope that one day our developers and staff would like the public attention, but for the moment, we won't force them to be publicly listed on our website. For now, you can judge us based on the products listed in this response and the videos and information posted on social media. And if you ever want to see some of our mining operations or let us help you set up hardware and professional hosting you have an open invitation to join us, just email or contact us through our website https://xmx.com And finally want to say that projects and businesses change; if we had stayed as an entertainment blockchain project, we might not be here today to respond to your questions. We will add to our services and potentially change our services in the future as well. This is what we've learned from our experiences and what we believe will work best for our project community. THE XMAX TEAM

👍 0   👎 0

---

**Sidney Shaw**   2 years ago

★☆☆☆☆ Xmas has become a scam token. It may had not started off as a scam as originally Xmax (XMX) was a gaming backed platform token, however literally gave up overnight and became a mining backed token with no notice to anyone. However there are no miners backing the XMAX website stole & uses their logo. There are no XMAX Tokens ist all a sham a scam! Lasked Bitmain however they are not involved even though the XMAX website stole & uses their logo. There are no

---

✕


CRYPTO SLOTS   25 FREE JACKPOT SPINS    PLAY NOW

https://isthiscoinascam.com/check/xmax

know to go after huobi!

https://www.reddit.com/r/XMax/comments/dicn35/warning_xmax_xmx_is_now_a_scam_toekn_xmax%E6%88%90%E4%B8%BA%E9%AA%97%E5%B1%80/

 👍 0 👎 0

---

**Profile Status**

**75.00%** COMPLETE

How complete is this profile:

**Lots** of missing data points

This profile is still waiting for the following data points

⚠ project whitepaper   ⚠ project team   ⚠ bitcointalk thread
⚠ tradingview profile

**Member Signals**

**3**/5 ★★★★★ (2)
Member Ratings

| | |
|---|---|
| Market Cap Rank: | 1709 📈 |
| Voted: | ❓ |
| Bulls v Bears: | neutral ← |
| Is Trending? | No 🌡 |

Member signals do not affect the profile score.



**XMax (XMX)**
0.000068 USD (9.87%)

| RANK | MARKET CAP | VOLUME |
|---|---|---|
| 1758 | $1.27 M USD | $169.54 K USD |

Powered by CoinMarketCap

**XMax Reddit**

⬆⬇ XMax is available on Guarda Wallet. You can store it along with 50+ coins and 400k tokens
2 points | comment

⬆⬇ UNIQUE BENEFITS FROM TRIALL'S ECOSYSTEM
3 points | 2 comments

⬆⬇ XMax is available on Guarda wallet. You can store it along with 50+ coins and 10k tokens.
3 points | comment

⬆⬇ #BinanceMax is a project that will be very useful in the future because it is supported by a professional team with great goals and big plans for the future.investors must join. Visit website : https://binancemax.net/ #BMax #presale #Defi #BSC #Dailylottery #Crypto
1 point | comment

⬆⬇ shocked
1 point | comment

View On XMax Reddit →

**XMax Github**



**0** Followers    **0** Following    **9** Repositories

Top repositories
xmax-mainchain    C++    ★13

  
https://isthiscoinascam.com/check/xmax

Documents                          Unknown              ★3

Follow                             Last active: 1147 day(s) ago

View XMax Github →

**XMax Twitter**

Tweets by @XMAX_XMX

 **XMAX**
@XMAX_XMX
Announcement:

All official XMAX project events will be posted on our XMAX project Twitter and Facebook page. Please always check our official accounts, as they are the only place to find official partnership or event news.

Feb 9, 2021

Embed                                         View on Twitter

View XMax Twitter →

**XMax News**

**XMax (XMX): Does it Score Well on Short-Term Trading Metrics Saturday?**
Sat, Dec 11, 2021 7:37 PM
...
read more...

**The sportiest Multistrada ever: Ducati unveils the new V4 Pikes Peak - automobilsport.com - automobilsport.com**
Thu, Oct 28, 2021 10:26 PM
...
read more...

**The new BMW K 1600 GT, K 1600 GTL, K 1600 B and K 1600 Grand America - automobilsport.com - automobilsport.com**
Thu, Oct 28, 2021 9:01 PM
...
read more...

**Weed Vaporizers Market Explores Massive Growth in Future | Desktop Vaporizers, Portable Vaporizers – Chip Design Magazine - Chip Design Magazine**
Thu, Oct 28, 2021 1:29 PM
Get Sample Report Buy Complete Report Weed Vaporizers Market report focused on the comprehensive...
read more...

**First Nikon Z-mount super-telephotos arrive, with travel zoom and new FTZ adapter - Digital Camera World**
Thu, Oct 28, 2021 12:06 PM
Nikon's Z lens line-up expands with a trio of new premium S-Line lenses alongside a successor...
read more...

Read More XMax News →

✕






