**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _2/4/2022_

**IN RE BIT DIGITAL, INC., SECURITIES**
**LITIGATION**

**21-cv-00515 (ALC)**

**ORDER SETTING**
**CONFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiffs' letter motion requesting a pre-motion conference in connection with their anticipated motions. Plaintiffs' request is hereby **DENIED**. Defendants are hereby **GRANTED** leave to file a motion to dismiss and a motion for sanctions. The Parties are directed to adhere to the following briefing schedule:

| | |
|---|---|
| **Opening Brief** | **February 25, 2022** |
| **Opposition** | **March 11, 2022** |
| **Reply** | **March 25, 2022** |

**SO ORDERED.**

Dated:    February 4, 2022
             New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**