(617) 398-5617 direct | jake@blockleviton.com

February 9, 2022

*Via ECF*

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *In re Bit Digital, Inc. Securities Litigation* (No. 1:21-cv-00515-ALC)

Dear Judge Carter:

On behalf of Plaintiff, we respectfully request clarification of the Court's February 4, 2022 Order (ECF No. 54). Specifically, the order grants Defendants leave to file a motion to dismiss, however that motion is already fully briefed. *See* ECF Nos. 40, 43, 50.[1] The Order also grants Defendants permission to file a motion for sanctions, but Defendants have never indicated that they seek sanctions.

We would greatly appreciate the Court's guidance on how to proceed.

Very truly yours,

Jacob A. Walker

---

[1] Plaintiff filed a letter on January 21, 2022, seeking a pre-motion conference before filing an anticipated Motion to Strike. (ECF No. 52.) The February 4, 2022 Order appears to deny Plaintiff's request for a conference and, by extension, Plaintiff's proposed Motion to Strike certain exhibits filed with Defendants' Reply in support of dismissal.