```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/10/2022_____
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE BIT DIGITAL, INC., SECURITIES LITIGATION**

21-cv-00515 (ALC)

**<u>AMENDED ORDER</u>**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court apologizes for the clerical error in its order dated February 4, 2022. Plaintiffs' request for a pre-motion conference in connection to their anticipated motion to strike is hereby **DENIED**. Plaintiffs are hereby **GRANTED** leave to file a motion to strike. The Parties are directed to adhere to the following briefing schedule:

| | |
|---|---|
| **Opening Brief** | March 4, 2022 |
| **Opposition** | March 18, 2022 |
| **Reply** | April 1, 2022 |

The Clerk of the Court is respectfully directed to strike ECF No. 54 from the docket but retain the summary docket text for the record.

**SO ORDERED.**

Dated:  February 10, 2022
         New York, New York

*/s/ Andrew L. Carter*
**ANDREW L. CARTER, JR.**
**United States District Judge**