UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BIT DIGITAL, INC., SECURITIES LITIGATION | Case No. 1:21-cv-00515-ALC |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO STRIKE**

On the motion of Lead Plaintiff Joseph Franklin Monkam Nitcheu ("Lead Plaintiff"), and the Court having read all parties' papers, and considered all arguments of counsel, and good cause appearing,

IT IS THIS _____ day of _____, 2022, ORDERED as follows:

1. Lead Plaintiff's motion to strike is granted;

2. The disputed exhibits – Exhibits A-D attached to the Declaration of Stuart Kagen in support of Defendant's motion to dismiss reply brief (ECF No. 51), and all references to, and assertions and arguments based on, the disputed exhibits in Defendants' reply brief in support of their motion to dismiss (ECF No. 50), are stricken.

IT IS SO ORDERED.

DATED: _____          _____
                                THE HONORABLE ANDREW L. CARTER, JR.
                                UNITED STATES DISTRICT JUDGE