August 12, 2022

**VIA ECF & ELECTRONIC MAIL**
Hon. Andrew L. Carter Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re:   *In re Bit Digital, Inc. Sec. Litig.*, No. 1:21-cv-00515-ALC (S.D.N.Y.)

Dear Judge Carter:

We are pleased to advise the Court the parties have reached an agreement in principle to settle all claims in this action on a class-wide basis, subject to the Court's approval under Fed. R. Civ. P 23(e). The parties expect to fully reduce their agreement to writing, and thereafter, Plaintiffs will move pursuant to Fed. R. Civ. P. 23(e)(1) for an order certifying a settlement class for the purposes of judgment on the settlement proposal and authorizing the publication of notice to the settlement class (the "Preliminary Approval Motion"). Defendants will not oppose the Preliminary Approval Motion.

Given that motions are currently pending before the Court (ECF Nos. 40, 57), we wanted to inform the Court promptly of this development.

    Very truly yours,

    /s/ Jeffrey C. Block
    Jeffrey C. Block
    Jacob A. Walker
    **Block & Leviton LLP**
    260 Franklin Street, Suite 1860
    Boston, MA 02110
    (617) 398-5600

    /s/ Stuart Kagen
    Stuart Kagen
    Kagen, Caspersen & Bogart PLLC
    757 Third Avenue, 20th Floor
    New York, NY 10017
    (212) 880-2045