USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __8/16/2022_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE BIT DIGITAL, INC., SECURITIES LITIGATION**

**21-cv-00515 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that the parties have reached a settlement in principle, the pending motion to dismiss is **DENIED** without prejudice.  The Clerk of the Court is respectfully directed to terminate ECF Nos. 40, 57.  The parties are directed to submit a joint status report regarding settlement progress on or before September 13, 2022.

**SO ORDERED.**

Dated:     August 16, 2022
           New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**