September 13, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/5/2022
```

**VIA ECF & ELECTRONIC MAIL**
Hon. Andrew L. Carter Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov


MEMO ENDORSED

Re:   *In re Bit Digital, Inc. Sec. Litig.,* No. 1:21-cv-00515-ALC (S.D.N.Y)

Dear Judge Carter,

In accordance with the Court's Order to submit a joint status report regarding settlement progress (ECF. No. 62) we write today to update the Court on the Parties' progress in ongoing settlement discussions.

The parties have agreed on the financial terms of the settlement and are currently working to negotiate and finalize the settlement stipulation, settlement notices, and all other papers required under Fed R. Civ. P. 23(e). We anticipate executing a settlement agreement, and Plaintiff filing a Motion for Preliminary Approval, shortly.

Very truly yours,

/s/ Jeffrey C. Block
Jeffrey C. Block
Jacob A. Walker
**Block & Leviton LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600

/s/ Stuart Kagen
Stuart Kagen
Kagen, Caspersen, & Bogart PLLC
757 Third Avenue, 20th Floor
New York, NY 10017
(212) 880-2045

The Parties are directed to submit a joint status report regarding settlement negotiations on or before **October 18, 2022.**

SO ORDERED:
*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: 10/5/2022