October 18, 2022

**VIA ECF & ELECTRONIC MAIL**
Hon. Andrew L. Carter Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re:   *In re Bit Digital, Inc. Sec. Litig.,* No. 1:21-cv-00515-ALC (S.D.N.Y)

Dear Judge Carter,

In accordance with the Court's Order to submit a joint status report regarding settlement progress (ECF. No. 64) we write today to update the Court on the Parties' progress in ongoing settlement discussions.

The parties executed a Stipulation of Settlement on October 12, 2022, and are currently working to finalize the exhibits to the Stipulation concerning notice to the class, along with the other papers required under Fed. R. Civ. P. 23(e). Plaintiff anticipates filing a Motion for Preliminary Approval no later than October 25, 2022.

Very truly yours,

/s/ Jeffrey C. Block
Jeffrey C. Block
Jacob A. Walker
**Block & Leviton LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600

/s/ Stuart Kagen
Stuart Kagen
Kagen, Caspersen, & Bogart PLLC
757 Third Avenue, 20th Floor
New York, NY 10017
(212) 880-2045