UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: BIT DIGITAL, INC. SECURITIES LITIGATION<br><br>This document relates to:<br><br>All Actions | Lead Case No. 1:21-cv-00515-ALC |

**NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

PLEASE TAKE NOTICE that Lead Plaintiff Joseph Franklin Monkam Nitcheu ("Lead Plaintiff") will move this Court before the Honorable Andrew L. Carter, Jr. at the United States District Court for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be set by the Court, for an Order, pursuant to Federal Rules of Civil Procedure 23, granting preliminary approval of a settlement to the above referenced case.

This motion is based upon the accompanying memorandum of law, and declaration of Jacob A. Walker.

October 24, 2022

Respectfully submitted,

*/s/ Jacob A. Walker*
Jeffrey C. Block
Jacob A. Walker (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600
jeff@blockleviton.com
jake@blockleviton.com

*Attorneys for Lead Plaintiff and the Proposed Class*

1