UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: BIT DIGITAL, INC. SECURITIES LITIGATION<br><br>This document relates to:<br><br>All Actions | Lead Case No. 1:21-cv-00515-ALC |

**DECLARATION OF JACOB A. WALKER IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

I, Jacob A. Walker declare, under penalty of perjury:

1. I am a partner of the law firm Block & Leviton LLP. I submit this declaration in support of the unopposed motion of Joseph Franklin Monkam Nitcheu for preliminary approval of the settlement and approval of notice to the settlement class.

2. Attached hereto as Exhibit 1 is the Stipulation of Settlement.

3. Attached here to Exhibit 2 is the firm resume for Block & Leviton LLP, Lead Counsel, and proposed counsel for the settlement class.

October 24, 2022                                                            /s/ *Jacob A. Walker*
                                                                                          Jacob A. Walker

1