**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: BIT DIGITAL, INC. SECURITIES LITIGATION<br><br>This document relates to:<br><br>All Actions | Lead Case No. 1:21-cv-00515-ALC |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that I am admitted to practice in this Court, and I appear in the above-captioned action on behalf of Lead Plaintiff Franklin Monkam Nitcheu and the class.

DATED: February 3, 2023

Respectfully submitted,

/s/ Sarah E. Delaney
Sarah E. Delaney
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
sarah@blockleviton.com

*Lead Counsel for Lead Plaintiff and the Class*

## CERTIFICATE OF SERVICE

     I, Sarah E. Delaney, hereby certify that on February 3, 2023, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

                                                                 */s/ SARAH E. DELANEY*
                                                                  SARAH E. DELANEY