**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: BIT DIGITAL, INC.<br>SECURITIES LITIGATION<br><br>　　　　This document relates to:<br><br>　　　　All Actions | Lead Case No. 1:21-cv-00515-ALC |

**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL**
**APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL**
**OF PLAN OF ALLOCATION**

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff Joseph Franklin Monkam Nitcheu ("Lead Plaintiff"), on behalf of the Class, through counsel, will move this Court on March 10, 2023, at 2:30 p.m., before the Honorable Andrew L. Carter, Jr., for entry of orders and judgments, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) granting final approval of the proposed Settlement; and (2) approving the proposed Plan of Allocation. This motion is based on: (i) the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; (ii) the Declarations of Jacob A. Walker in Support of Motions for: (1) Final Approval of Class Action Settlement and Approval of Plan of Allocation, and (2) an Award of Attorneys' Fees and Expenses; (iii) the Declaration of Justin R. Hughes Regarding Notice Dissemination, Publication, and Requests for Exclusion and Objections Received to Date; (iv) the Stipulation of Settlement; and (v) all other proceedings herein.

Proposed orders will be submitted with Lead Plaintiff's reply submission on or before March 3, 2023.

DATED: February 3, 2023

/s/ Jacob A. Walker
Jeffrey C. Block
Jacob A. Walker, *pro hac vice*
Sarah E. Delaney
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
jake@blockleviton.com
sarah@blockleviton.com

*Lead Counsel for Lead Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

I, Jacob A. Walker, hereby certify that on February 3, 2023, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

_/s/ JACOB A. WALKER_
JACOB A. WALKER