Exhibit 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: BIT DIGITAL, INC.
SECURITIES LITIGATION

    This document relates to:

All Actions

Lead Case No. 1:21-cv-00515-ALC

**DECLARATION OF JACOB A. WALKER IN SUPPORT OF**
**MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**

I, JACOB A. WALKER, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the Commonwealth of Massachusetts and California, and admitted pro hac vice in this action. I am a partner of Block & Leviton LLP ("Block & Leviton" or "Lead Counsel"), and counsel for Lead Plaintiff Joseph Franklin Monkam Nitcheu ("Lead Plaintiff") and the Class.[1]  I have been actively involved in the prosecution and resolution of this action (the "Litigation"), am familiar with its proceedings and have personal knowledge of the matters set forth herein based upon my active supervision and participation in all material aspects of the Litigation.

2.      My firm, which served as Lead Counsel in this Action, was involved in all aspects of the prosecution and settlement as set forth in my accompanying declaration submitted herewith.

3.      The information in this declaration regarding my firm's time, including the schedule attached hereto as Exhibit A, was prepared from daily time records regularly prepared and maintained by my firm in the ordinary course of business. I oversaw and participated in the day-to-day activities in the litigation, and I, together with my partner Jeff Block, reviewed the daily time records with an effort to confirm their accuracy. The time for timekeepers who had worked only a de minimus total amount of time on this case was removed from the time report. Following these adjustments, I believe that the time reflected in the firm's lodestar calculation is reasonable in amount and was necessary for the effective and efficient prosecution and resolution of this litigation.

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Stipulation and Agreement of Class Action Settlement dated October 12, 2022, which is attached to the Declaration of Jacob A. Walker, dated October 24, 2022, as Exhibit 1.  ECF No 68.

4.     The total number of hours expended on this Action by my firm's attorneys and professional support staff is 520.5 hours. The total resulting lodestar for my firm is $368,020.00. The schedule attached hereto as Exhibit A is a detailed breakdown indicating the amount of time spent by each attorney and professional support staff employee of my firm who was involved in this Action, and the lodestar calculation based on my firm's current billing rates. For personnel no longer employed by my firm, the lodestar is based upon the billing rates of such personnel in his or her final year of employment at my firm.

5.     The hourly rates for our attorneys and professional support staff are their standard rates and are the same as, or comparable to, the rates submitted by my firm and accepted by courts for lodestar cross-checks in other class action fee applications. My firm's rates are set based on period analysis of rates used by firms performing comparable work and that have been approved by courts. Exhibit A lists current hourly rates, except in the circumstance of an attorney who is no longer with the firm, in which case the attorney's last billing rate is used.

6.     As detailed in Exhibit B, my firm has incurred a total of $15,902.41 in unreimbursed expenses in connection with the prosecution of this Action.

7.     The expenses incurred in this Action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records, and other source materials and are an accurate record of the expenses incurred.

8.     Attached hereto as Exhibit C is a copy of my firm's biography.

9.     My firm has complied with Local Civil Rule 23.1. The Court-approved notice in this action identified my firm by name and address, stated that we were applying for attorneys' fees, and disclosed the maximum amount to be requested. There are no fee sharing agreements.

2

3

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3rd day of February 2023, at Boston Massachusetts.

*/s/ JACOB A. WALKER*
JACOB A. WALKER

**Exhibit A**

Block & Leviton Time Report
*In re Bit Digital Securities Litigation*

| Name | Hours | Hourly Rate | Lodestar |
|---|---|---|---|
| Block, Jeffrey (P) | 38.9 | $1,200 | $46,680.00 |
| Delaney, Sarah (A) | 58.7 | $575 | $33,752.50 |
| Jennings, Bryan (A) | 60.7 | $525 | $31,867.50 |
| Murphy, Rachel (PL) | 5.5 | $300 | $1,650.00 |
| Silver, Nate (A) | 178 | $550 | $97,900.00 |
| Teti, Stephen (A) | 23.3 | $700 | $16,310.00 |
| Walker, Jacob (P) | 155.4 | $900 | $139,860.00 |
| **Total Lodestar** | **520.5** | | **$368,020.00** |

P = Partner
A = Associate
PL = Paralegal

**Exhibit B**

Block & Leviton Expenses
*In re Bit Digital Securities Litigation*

| Category | Amount |
|---|---|
| Court Fees & Service of Process | $726.58 |
| Experts | $12,350.00 |
| Legal Research | $1,800.61 |
| Printing | $40.60 |
| Telecommunications | $24.00 |
| Travel* | $960.62 |
| **Total Expenses** | **$15,902.41** |

\* - Includes expenses related to travel for final approval hearing.

## CERTIFICATE OF SERVICE

I, Jacob A. Walker, hereby certify that on February 3, 2023, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

/s/ JACOB A. WALKER
JACOB A. WALKER