UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: BIT DIGITAL, INC. SECURITIES LITIGATION<br><br>This document relates to:<br><br>All Actions | Lead Case No. 1:21-cv-00515-ALC |

**SUPPLEMENTAL DECLARATION OF JUSTIN R. HUGHES REGARDING NOTICE DISSEMINATION, PUBLICATION, AND REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE**

I, JUSTIN R. HUGHES, hereby declare as follows:

1. I am employed as a Senior Director by Kroll Settlement Administration LLC ("Kroll"). Pursuant to the Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice to the Class (the "Preliminary Approval Order"), dated November 22, 2022 (ECF No. 69), Kroll was authorized to act as the Claims Administrator for the Settlement in the above-captioned action (the "Action").[1] I submit this declaration as a supplement to my earlier declaration, filed with this Court on February 3, 2023 (the "Initial Mailing Declaration") (ECF No. 75-2). The following statements are based on my personal knowledge and information provided to me by other Kroll employees under my general supervision and, if called to testify, I could and would do so competently.

**CONTINUED DISSEMINATION OF THE POSTCARD NOTICE**

2. Since the execution of my Initial Mailing Declaration, Kroll has continued to disseminate copies of the Postcard Notice in response to additional requests from potential Class

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Stipulation and Order of Settlement (the "Stipulation"), filed with this Court on October 24, 2022 (ECF No. 68-1), the Preliminary Approval Order, and the Initial Mailing Declaration (as defined below).

1

Members, brokers and nominees. Through February 28, 2023, Kroll has mailed 11,523 copies of the Court-approved Postcard Notice to potential Class Members and their nominees. In addition, Kroll has re-mailed a total of 1,142 Postcard Notices to persons whose original mailing was returned by the U.S. Postal Service and for whom updated addresses were provided to Kroll by the Postal Service. Finally, upon information and belief, Broadridge and BNYM collectively mailed an additional 16,160 Postcard Notices and 31,801 emails containing links to the Notice.

## TELEPHONE HELPLINE AND WEBSITE

3.  Kroll continues to maintain the toll-free telephone number (1-833-709-0828) to accommodate potential Class Member inquiries. Kroll has promptly responded to all inquiries to the toll-free telephone helpline and will continue to do so.

4.  Kroll also continues to maintain the dedicated website for the Action (www.bitdigitalsettlement.com) in order to assist potential members of the Class. Kroll will continue maintaining and, as appropriate, updating the website and toll-free telephone number until the conclusion of the administration.

## REQUESTS FOR EXCLUSION & OBJECTIONS RECEIVED TO DATE

5.  The Notice provided potential Class Members with an opportunity to request exclusion from the Class by submitting a request for exclusion by February 14, 2023. Specifically, the Notice informed potential Class Members that requests for exclusion from the Class were to be mailed or otherwise delivered to Bit Digital, Inc. Securities Litigation, EXCLUSIONS, c/o Kroll Settlement Administration, P.O. Box 5324, New York, NY 10150-5324, such that they are received no later than February 14, 2023. As of the date of this declaration, Kroll's records indicate that it has not received any requests for exclusion.

6. The Notice also informed potential Class Members that objections must be in writing and filed with the Court, such that they are received on or before February 14, 2023, and that the objector must also serve the papers on Lead Counsel and Defendants' Counsel such that they are received on or before February 14, 2023. While such requests were not to be filed with the Claims Administrator, as of the date of this declaration, Kroll's records indicate that it has not received any objections.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in Oakland, California on February 28, 2023.

_____
JUSTIN R. HUGHES