| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 3/3/2023 |
| IN RE: BIT DIGITAL, INC. SECURITIES LITIGATION | 21-cv-00515 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Lead Plaintiff has indicated that he will move this Court on March 10, 2022 for entry of orders and judgment pursuant to Rule 23 of the Federal Rules of Civil Procedure. ECF Nos. 71, 73. The parties are advised that, per the Order dated November 22, 2022, the Court has scheduled a hearing for **March 7, 2023 at 11:00 a.m.** ECF No. 69. This hearing will be held telephonically, and the parties shall contact the Court at **1-888-363-4749 (access code: 3768660)**.

If the parties wish to adjourn the scheduled hearing, they should move to do so by **March 3, 2023**.

**SO ORDERED.**

Dated:    March 3, 2023
         New York, New York

                                    _____
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**