# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: BIT DIGITAL, INC. SECURITIES LITIGATION | Lead Case No. 1:21-cv-00515-ALC |

## [PROPOSED] ORDER FOR DISTRIBUTION OF NET SETTLEMENT FUND

**IT IS HEREBY ORDERED**, this ___ day of _____, 2024, upon the motion of Lead Plaintiff Joseph Franklin Monkam Nitcheu ("Lead Plaintiff"), for an entry of an Order for Distribution of the Net Settlement Fund, that:

1. The administrative determinations of the Claims Administrator, Kroll Settlement Administration LLC ("Kroll"), described in the Distribution Declaration of Robert Cormio Regarding (A) Mailing of the Postcard Notice; (B) Administration of Received Claims; and (C) Proposed Distribution of Settlement Fund (the "Kroll Declaration"), are hereby approved; and

2. Kroll is directed to proceed with payment of the Net Settlement Fund to the Authorized Claimants as described in the Kroll Declaration.

Dated: _____, 2024

_____
Honorable Andrew L. Carter, Jr.
United States District Judge