**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: BIT DIGITAL, INC. SECURITIES LITIGATION | Lead Case No. 1:21-cv-00515-ALC |

**REPLY IN SUPPORT AND NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR DISTRIBUTION OF NET SETTLEMENT FUND**

Lead Plaintiff, Joseph Franklin Monkam Nitcheu, respectfully submits this notice of non-opposition to his motion for the Court for an Order (a) approving the administrative determinations of the Court-appointed Claims Administrator, Kroll Settlement Administration LLC ("Kroll") concerning the acceptance and rejection of the Claims submitted as recommended in the Distribution Declaration of Robert Cormio In Support of Motion for Class Distribution Order (the "Kroll Declaration" or "Kroll Decl.") (ECF 85-2), and (b) directing payment of the Net Settlement Fund to the Authorized Claimants.

On April 24, 2024, Lead Plaintiff submitted his motion for Distribution of the Settlement Fund (ECF 85). Since that date, there have been no filings or objections indicating opposition to the proposed Distribution filed on the docket or communicated to Lead Counsel. As such, Plaintiff respectfully requests that the Court approve and enter the [Proposed] Order for Distribution of Net Settlement Fund as submitted on April 24, 2024 (ECF 85-1).

June 10, 2024

*/s/ Jeffrey C. Block*
Jeffrey C. Block
Jacob A. Walker, pro hac vice
Sarah E. Delaney
Shira T. Kotz
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
jake@blockleviton.com
sarah@blockleviton.com
shira@blockleviton.com

*Counsel for Lead Plaintiff and the Class*