USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/14/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: BIT DIGITAL, INC. SECURITIES LITIGATION | Lead Case No. 1:21-cv-00515-ALC |

### ORDER FOR DISTRIBUTION OF NET SETTLEMENT FUND

**IT IS HEREBY ORDERED**, this 14th day of June, 2024, upon the motion of Lead Plaintiff Joseph Franklin Monkam Nitcheu ("Lead Plaintiff"), for an entry of an Order for Distribution of the Net Settlement Fund, that:

1. The administrative determinations of the Claims Administrator, Kroll Settlement Administration LLC ("Kroll"), described in the Distribution Declaration of Robert Cormio Regarding (A) Mailing of the Postcard Notice; (B) Administration of Received Claims; and (C) Proposed Distribution of Settlement Fund (the "Kroll Declaration"), are hereby approved; and

2. Kroll is directed to proceed with payment of the Net Settlement Fund to the Authorized Claimants as described in the Kroll Declaration.

Dated: June 14, 2024

*/s/ Andrew L. Carter*

Honorable Andrew L. Carter, Jr.
United States District Judge